IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02472-CMA-MJW

ERIN VOGEL, individually, and mother and next best friend of
E.J.V., a minor;
S.E.V., a minor;
Q.D.V., a minor, and
W.L.V., a minor,

Plaintiff(s),

v.

STANDARD INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 9) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 9-1) is APPROVED as amended in the caption and paragraphs 11 and 12 and made an Order of Court.

It is further ORDERED that for all future filings in this case, the caption shall read as set forth in the caption above with respect to the names of the minor plaintiffs pursuant to Fed. R. Civ. P. 5.2(a)(3).

Date: November 14, 2013