IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02472-CMA-MJW

ERIN VOGEL, Individually, and as mother and next best friend of
   E.J.V., a minor,
   S.E.V., a minor,
   Q.D.V., a minor, and
   W.L.V., a minor,

     Plaintiffs,

v.

STANDARD INSURANCE COMPANY, an Oregon corporation,

     Defendant.

## ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE

This matter is before the Court on the parties' Stipulation To Dismiss Without Prejudice (Doc. # 21).  The Court has reviewed the Stipulation and ORDERS as follows:

Plaintiffs' Third Claim for Relief against Standard Insurance Company is DISMISSED WITHOUT PREJUDICE, each party to bear her, his or its own costs and attorney fees with regard to the dismissal of this claim only.

All claims by the minor children are DISMISSED WITHOUT PREJUDICE, each party to bear her, his or its own costs and attorney fees with regard to the dismissal of these claims only.

Plaintiffs E.J.V., S.E.V., Q.D.V., and W.L.V. are hereby DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of the minor children, E.J.V., S.E.V., Q.D.V., and W.L.V., as Plaintiffs in this case.

DATED: March __31__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge