**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02472-CMA-MJW

ERIN VOGEL,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY, an Oregon corporation,

    Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

    This matter is before the Court on Standard Insurance Company's Motion for Summary Judgment (Doc. # 28.)

    Upon review of the parties' briefing and the evidence referenced therein, the Court determines that genuine issues of material fact preclude the Court from granting the summary judgment motion on each of Plaintiff's claims. Specifically, the Court concludes that the following are questions for the jury: (1) whether any alcohol consumed by Todd Vogel "caused or contributed to" his accidental death, and (2) whether the Defendant handled Vogel's insurance claim unreasonably.

    Accordingly the Court ORDERS that Defendant's Motion for Summary Judgment (Doc. # 28) is DENIED.

    DATED: November 24, 2014

                                              BY THE COURT:

                                              *[signature]*

                                              CHRISTINE M. ARGUELLO
                                              United States District Judge