## Toxicology Associates, Prof. LLC

*Dedicated to Patient Care, Research, and Teaching in Medical Toxicology*

Jeffrey Brent, MD, PhD
Ken Kulig, MD
Edward W. Cetaruk, MD

2555 South Downing Street, Suite 260
Denver, CO 80210-5817
Phone: 303-765-3800   Fax: 303-765-3801

Robert B. Palmer, PhD
Benjamin Hatten, MD, MPH

May 11, 2014

Thomas Wagner, Esq.

Polsinelli PC

1515 Wynkoop, Suite 600

Denver, CO 80202

RE: *Vogel v Standard Insurance Insurance Co. FID3762172*

Dear Mr. Wagner,

By way of introduction, I am a medical toxicologist, emergency physician, and epidemiologist. I am currently on the faculty of the University of Colorado School of Medicine, in the Department of Emergency Medicine and the Division of Clinical Pharmacology and Toxicology in the Department of Medicine. In addition, I am a faculty member of the Oregon Health and Science University in the Department of Emergency Medicine. I also hold appointments at Rocky Mountain Poison and Drug Center and the Oregon Poison Center. My primary board certification is in emergency medicine, and I have completed an accredited, sub-specialty fellowship in medical toxicology. I actively practice emergency medicine and medical toxicology. I am a member of Toxicology Associates, Prof. LLC, - a hospital based, single specialty medical group dedicated solely to medical toxicology. Medical toxicology is an American Board of Medical Specialties recognized sub-specialty that deals specifically with human disease associated with any potentially toxic exposure. As a medical toxicologist, I specialize in the assessment, diagnosis, and treatment of adverse effects of pharmaceuticals, other chemicals, natural toxins, envenomations, and any other potential toxicants or toxicological conditions.

I received my M.D. at the University of Texas - Southwestern Medical Center in Dallas, TX. After completion of this degree, I entered residency in emergency medicine at Denver Health Medical Center in Denver, Colorado. Following this, I worked as faculty in the emergency medicine residency program at Denver Health Medical Center and the University of Colorado School of Medicine for a year. Subsequently, I entered medical toxicology fellowship training at Oregon Health and Science University in Portland, Oregon. During my fellowship, I also obtained a Masters in Public Health in epidemiology and biostatistics. Upon completion of my Fellowship and M.P.H. degree, I returned to Denver and joined Toxicology Associates, the faculty at the University of Colorado School of Medicine, and Rocky Mountain Poison and Drug Center in 2013.

In my role at the University of Colorado School of Medicine and the Rocky Mountain Poison and Drug Center I provide case based teaching, didactic instruction, and supervision of clinical care provided by medical and pharmacy students, residents, medical toxicology fellows-in-training. In addition, I am actively involved in research through Rocky Mountain Poison and Drug Center. In all these capacities, I

EXHIBIT 9

routinely evaluate and care for patients who present with both acute and chronic toxicologic issues. I have evaluated and treated thousands of patients with toxicologic conditions during my career.

At your request, I have reviewed the above matter of Vogel v Standard Insurance. In addition to published peer reviewed medical and scientific literature regarding alcohol intoxication, interpretation of postmortem alcohol levels, and the role of alcohol in drowning deaths, I have reviewed the following documents:

- Death Investigation Progress Reports
- Arapahoe County Office of Coroner Autopsy Report
- State of Colorado Certificate of Death
- El Paso County Coroner Office Toxicology Report
- Arapahoe County Sheriff's Office Offense Report
- Physician Consultant Memo Cynthia Griffen, RN (Case Manager) dated 11/6/2012
- Notes of Analyst R. Clark
- Independent Medical Review AllMed Healthcare management dated January 22, 2013
- CV Dr. Alan L. Weiner  AllMed Peer Reviewer
- PeerPoint Medical Review Portal Case Wizard

In this case, ethanol and alcohol are used interchangeably as there is no concern for other forms of alcohol and "alcohol" is the term that is used throughout the investigative reports.

My understanding of the event is as follows:
On August 25, 2012, the decedent, friends, and family were on a boat in Cherry Creek Reservoir. They had been on the boat for hours and it is presumed that alcohol was being consumed as there is a mention of both tequila and beer cans on scene. In addition, responding investigators noted that parties on the boat appeared intoxicated. At approximately 21:00, the decedent attempted to mobilize the anchor line by diving into the water and freeing it manually. Per the witnesses on the boat, the anchor became dislodged and was able to be raised into the boat. However, the parties in the boat noted that the decedent did not return to the surface. Investigators arrived that night but were unable to locate the decedent. Approximately 36 hours later, on the morning of August 27, 2012, the decedent's body was recovered by divers using sonar. Per their report, the body was freely retrieved from the bottom and was not difficult to move.

An autopsy was performed. The autopsy findings were consistent with fresh water drowning. In particular, the medical examiner noted severe pulmonary edema. Superficial abrasion was noted to the forehead. No other significant abnormality was noted on autopsy aside from toxicologic analyses of body fluids that revealed ethanol. Body fluids from two different sites were analyzed for the presence of ethanol. The blood alcohol concentration was 128 mg/dl. Vitreous alcohol concentration was 170 mg/dl. In addition, the urine immunoassay and GC-MS analysis of the urine were negative for drugs of abuse.

The specific questions that I have been asked to render an expert opinion as a medical toxicologist and emergency physician are as follows:

1. Based on the forensic testing of blood and vitreous fluid, was the decedent under the influence of alcohol at the time of death?

EXHIBIT 9

Both the blood and vitreous sampling revealed ethanol in a level well above the *per se* standard of .08 mg/dl blood alcohol concentration for driving while intoxicated in the State of Colorado. While the vitreous alcohol level was higher than the blood alcohol level, vitreous fluid has higher water content than blood. Consequently, the vitreous alcohol concentration is expected to be higher than the blood alcohol concentration. There is variability in the ratio between vitreous and blood alcohol, although it is approximately 1.2:1. There is not a well-accepted formula to convert vitreous to blood alcohol concentrations. However, it is reasonable to perform an approximate calculation to determine whether the vitreous and blood alcohol concentrations are coherent:

$$Blood\ Alcohol\ Concentration \approx \frac{Vitreous\ Alcohol\ Concentration}{1.2} = \frac{170\ mg/dl}{1.2} = 142\ mg/dl$$

142mg/dl is not substantially different from the blood alcohol concentration of 128 mg/dl found on post-mortem testing.

Blood and vitreous alcohol concentrations rise nearly simultaneously following ingestion of ethanol. Vitreous testing is preferred in postmortem analysis as the vitreous is a portion of the body that is relatively protected from contamination and bacterial growth in a putrefying body. Bacteria have been observed to produce ethanol in the body during the post-mortem period. Consequently, for an analysis performed days after the death, there is a lower likelihood that bacterial overgrowth has produced any additional ethanol that will elevate the alcohol concentration. The risk is somewhat higher with sampling of blood. There is a suggested formula to correct for possible increases in blood alcohol concentration in warm water drowning deaths due to bacterial production of ethanol. This formula is as follows:

$$Blood\ alcohol\ content\ (adjusted) =$$
$$blood\ alcohol\ concentration\ (Observed) - [\frac{40(hours\ of\ submersion\ -\ 12)}{156}]$$

In this case:
$$Blood\ alcohol\ concentration\ (adjusted)$$
$$= 128\ mg/dl - [\frac{40\ mg/dl(36 - 12)}{156}]$$
$$= 128\ mg/dl - 6\ mg/dl$$
$$= 122\ mg/dl$$

Therefore, even accounting for potential production of ethanol by bacteria, we still conclude that the decedent's blood alcohol concentration at the time of death was likely at least 122 mg/dl and potentially higher given the elevated vitreous concentration. Furthermore, the fact that samples from two sites were both elevated and relatively consistent lends increased weight to the conclusion that the decedent was under the influence of ethanol at the time of his death. Finally, the calculated range of 122-142 mg/dl is sufficiently narrow that blood alcohol concentrations anywhere in this distribution would be expected to result in similar clinical effects

2. It has been proposed that the decedent may have suffered a head injury that led to his drowning, is there evidence to support the head injury as the cause of his death?

3

EXHIBIT 9

The autopsy revealed a superficial abrasion of the forehead. There was no evidence of a skull fracture, subdural hematoma, intracranial hemorrhage, or other significant injury on autopsy. Although it is possible that the decedent suffered a head injury that contributed to his drowning, there is not strong evidence to support this given the lack of significant findings on autopsy. Furthermore, the possible role of a head injury leading to drowning as a mechanism of drowning death does not render the fact that the decedent was under the influence of alcohol at the time of his death irrelevant.

3. Was ethanol a contributing cause in the decedent's death?

There is a copious body of research on the effects of alcohol on humans. It is consistently demonstrated that at blood alcohol concentrations similar to the decedent's, humans experience alterations in judgment and decision making capacity, worsened reaction time, and a decline in motor function. In laymen's terms, this means that humans both make poor decisions and do not have the ability to perform tasks as well as they would in the absence of alcohol use. The scientific literature is corroborated by my personal experience in caring for thousands of intoxicated patients during my career. In this case, the decedent's alcohol level was sufficiently high that we can conclude he was likely experiencing the clinical effects of ethanol intoxication at the time of his death.

In addition, there is a body of epidemiologic literature that examines alcohol as a causal factor in recreational and drowning deaths. Two studies demonstrate a risk of death that is approximately 10-times higher for subjects with a blood alcohol concentration of 100 mg/dl. In addition, there is a third study that reports a relative risk of death of 32 at a blood alcohol concentration greater than 100 mg/dl. Given the magnitude of the risk estimate, the consistent demonstration in multiple studies by multiple investigators in different locations, similar findings in motor vehicle crash studies, and the known biological pathway, the epidemiologic evidence is very clear that alcohol, at the concentration measured in the decedent, is a cause in recreational boating and drowning deaths.

In this case, the question at hand is "did the decedent's alcohol use cause or contribute to his death"? The pathophysiologic, forensic, and epidemiologic evidence are point to the same conclusion - alcohol was a cause in this drowning death. Whether that means his judgment was impaired in diving in to free the anchor, his reaction time and senses were altered while diving, or his coordination was impaired in the process of dislodging the anchor, it is more likely than not that alcohol was a cause in this death.

The conclusions reached in this study are consistent with the opinion of both physician reviewers who provided reports determining that alcohol was a contributing factor in the death. Dr. Beeson states, "It is therefore very likely that his level of alcohol intoxication contributed to his drowning and death." Dr. Weiner states "This reviewer believes that, it is more likely than not, that the consumption of ethanol was an independent contributor to the drowning death of the deceased on 8/25/12." In my review of the case, I find no evidence that contradicts these statements.

The opinions herein are to a reasonable degree of medical and scientific probability. They are based on my education, experience and training as a medical toxicologist, emergency physician, and epidemiologist, as well as peer-reviewed literature. I reserve the right to amend this report, should additional information or data become available.

4

EXHIBIT 9

Sincerely,

Benjamin Hatten, M.D., M.P.H.

EXHIBIT 9

Abbasakoor A, Beanlands DS, MacLeod SM: Electrocardiographic changes during ethanol withdrawal. Ann NY Acad Sci:364-7.

Abramson JL, Williams SA, Krumholz HM, et al: Moderate alcohol consumption and risk of heart failure among older persons. JAMA 2001;285:1971-77.

Acheson SK, Stein RM, Swartzwelder HS: Impairment of semantic and figural memory by acute ethanol: Age-dependent effects. Alc Clin and Exper Res 1998;22:1437-1442.

ACMT Position Statement: The role of a medical toxicologist for assistance in the treatment of alcohol withdrawal syndrome.  http://www.acmt.net/main/page.asp?pageid=91

Adams SL, Mathews JJ, Flaherty JJ: Alcoholic ketoacidosis. Ann Emerg Med 1987;16:121-8.

Adachi J, Mizoi Y, Funkunaga T, et al: Degrees of alcohol intoxication in 117 hospitalized cases. J Stud Alc 1991;52:448-453.

Addolorato G, Leggio L, Abenavoli L, et al: Baclofen in the treatment of alcohol withdrawal syndrome: A comparative study vs diazepam. Am J Med 2006;119:276e13-18.

Adinoff B, Bone GHA, Linnoila M: Acute ethanol poisoning and the ethanol withdrawal syndrome. Med Toxicol 1988;3:172-196.

1

EXHIBIT 9

Ahlm K, Saveman B-I, Bjornstig U: Drowning deaths in Sweden with emphasis on the presence of alcohol and drugs - a retrospective study, 1992-2009. BMC Public Health 2013;13:216-226.

Alcoholism and Alcohol Abuse. Diagnostic Criteria for delirium. Cecil, 23rd Edition. Pgs. 20-54.

Andre JT: Visual functioning in challenging conditions: Effects of alcohol consumption, luminance, stimulus motion and glare on contrast sensitivity. J Exp Psychol Apl 1996;2:250-269.

Anon: Breaking the bondage of chemical dependency. Emerg Med 1987:23-39.

Antebi D: The effects of alcohol on four choice serial reactin time, Med Sci Law 1982;22:181-188.

Appenzeller BMR, Schuman M, Wennig R: Was a child poisoned by ethanol? Discrimination between ante-mortem consumption and post-mortem formation. Int J Legal Med 2008;122:429-34.
APRI: Alcohol toxicology for prosecutors. 2003.

Apslund CA, Aaronson JW, Aaronson HE: 3 regimens for alcohol withdrawal and detoxification. J Fam Pract 2004;53:545-54.

Arendt JT, Wilde GJS, MacLean AW: How do prolonged wakefulness and alcohol compare in the decrements they produce on a simulated driving task? Accid Anal Prevent 20001;33:337-344.

Athanaselis S, Stefanidou M, Koutselinis A: Interpretation of postmortem alcohol concentrations. Forensic Sci Intl 2005;149:289-91.

2

EXHIBIT 9

Backer RC, Pisano RV, Sopher IM: The comparison of alcohol concentrations in postmortem fluids and tissues. J Forensic Sci 1980;25:327-31.

Bailey DN: Comprehensive toxicology screening: the frequency of finding other drugs in addition to ethanol. Clin Tox 1984;22:463-71.

Banks S, Catcheside P, Lack L, et al: Low levels of alcohol impair driving simulator performance and reduce perception of crash risk in partially sleep deprived subjects. SLEEP 2004;27:1063-7.

Baraona E, Abittan CS, Dohmen K, et al: Gender differences in pharmacokinetics of alcohol. Alcoholism: Clin and Experimental Res 2001;25:502-7.

Barceloux DG: Ethanol in Medical Toxicology of Drug Abuse. Synthesized Chemicals and Psychoactive Plants. Wiley & Sons, Inc. 2012. Pgs. 365-451.

Barinaga M:  A new clue to how alcohol damages brains. Sci 2000;287:947-8.

Barquin J, de Dios Luna J, Hernandez AF: A controlled study of the time-course of breath alcohol concentration after moderate ingestion of ethanol following a social drinking session. Forensic Sci Intl 2008;177:140-5.

3

EXHIBIT 9

Barrett PR, Horne JA, Reyner LA: Alcohol continues to affect sleepiness related driving impairment when breath alcohol levels have fallen to near zero. Human Psychopharmacol Clinical Exp 2004;19:421-3.

Barrett PR, Horne JA, Reyner LA: Sleepiness combined with low alcohol intake in women drivers: greater impairment but better perception than men? SLEEP 2004;27:1057-62.

Barry AE, Howell SM, Dennis M: Evaluating impaired drivers confidence and intention to "(Please) drink responsibly" J Safety Res 2011;42:137-42.

Bartecchi CE, Wood JR, Stjernholm T: Complete heart block in alcoholic cardiomyopathy. Rocky Mountain Medical Journal:266-68.

Baselt RC: Medicolegal Aspects of Alcohol. 4th ed, 2003.

Becker U, Deis A, Sorensen TI, et al: Prediction of risk of liver disease by alcohol intake, sex, and age: a prospective population study. Hepatol 1996;23:1025-9.

Beirness DJ, Vogel-Sprott MD: Does prior skill reduce alcohol-induced impairment. J Stud Alc 1982;43:1149-1156.

Bellentani S, Saccoccio G, Costa G, et al: Drinking habits as cofactors of risk for alcohol induced liver damage. Gut 1997;41:845-50.

4

EXHIBIT 9

Belton H: Lateral nystagmus: a specific diagnostic sign of ethyl alcohol intoxication. N Z Med J 1987;100:534-5.

Bennign LJ, Li T-K: Alcohol metabolism in American Indians and Whites. Lack of racial differences in metabolic rate and liver alcohol dehydrogenase. N Eng J Med 1976;294:9-13.

Beresford TP, Blow FC, Hill E, et al: Comparison of CAGE questionnaire and computer-assisted laboratory profiles in screening for covert alcoholism. Lancet 1990;336:482-5.

Bergheim I, McClain CJ, Arteel GE: Treatment of alcoholic liver disease. Dig Dis 2005;23:275-84.

Berild D, Hasselbalch H: Survival after a blood alcohol of 1127 mg/dl. Lancet 1981:363.

Bernosky-Smith KA, Shannon EE, Roth AJ, et al: Alcohol effects on simulated driving in frequent and infrequent binge drinkers. Hum Psychopharmacol Clin Exp 2011;26:216-23.

Bingham CR, Shope JT: Casualty crash types for which teens are at excess risk.  Proc 51st Annual Association for the Advancement of Automotive Medicine. October 15 - October 17, 2007.

Bingham CR, Shope JT, Parow JE, et al: Crash types: Markers of increased risk of alcohol-involved crashes among teen drivers. J Stud Alcohol Drugs 2009;70:528-535.

5

EXHIBIT 9

Bird RD, Makela EH: alcohol withdrawal: what is the benzodiazepine of choice? Ann Pharmacotherapy 1994;28:67-71.

Birdsall WC, Reed BG, Huq SS, et al: Alcohol-impaired driving: average quantity consumed and frequency of drinking do matter. Traffic Inj Prev 2012;13:24-30.

Blume S, Levy RI, Kannel WR, et al: The risks of moderate drinking. JAMA 1986;256:3213-4.

Bogusz M, Guminska M, Markiewicz J: Studies on the formation of endogenous ethanol in blood putrefying in vitro. J Forensic Med 1970;17:156-68.

Bonnichsen R, Maehly AC, Moller M: How reliable are post-mortem alcohol determinations? Zacchia 1970:219-25.

Borkenstein RF, Crowther RF, Schumate RP, et al: The role of the drinking driver in traffic accidents: The Grand Rapids Study. Blutalkohol 1974;11:1-131.

Bowden KM, McCallum NEW: Blood alcohol content: some aspects of its post-mortem uses. Med J Aust 1949:76-81.

Bradford LW: Preservation of blood samples containing alcohol. J Forensic Sci 1966;11:214-6.

EXHIBIT 9

Breitmeir D, Seeland-Schulze I, Hecker H, et al: The influence of blood alcohol concentrations of around 0.03% on neuropsychological functions – a double-blind, placebo-controlled investigation. Addict Biol 2007;12:181-9.

Brennan DS, Falk JL, Reed R, et al: Ethanol elimination rates in an ED population. Ann Emerg Med 1994;23:632.

Brick J: Standardization of alcohol calculations in research. Alcohol Clin and Experimental Res 2006;30:1276-87.

Briglia EJ, Bidanset JH, Dal Cortivo LA: The distribution of ethanol in postmortem blood specimens. J Forensic Sci 1992;37:991-8.

Brown ASJM, Manes PFW: Omeprazole, ranitidine, and cimetidine have no effect on peak blood ethanol concentrations, first pass metabolism, or area under the time-ethanol curve under real life conditions. Ailment. Pharmacol Therap 1998;12:141-145.

Brown CG: Blood alcohol concentrations using non-alcohol- and alcohol-containing skin antiseptics. Ann Emerg Med 1983:593-4.

Brown GA, Neylan D, Reynolds WJ, et al: The stability of ethanol in stored blood. Part 1. Important variables and interpretation of results. Analytica Chimica Acta 1973;66:271-81.

7

EXHIBIT 9

Browne ML, et al: Watercraft-related drowning among New York State residents, 1988-1994. Public Health Reports 2003;118:459-453.

Bruck D, Ball M, Thomas IR: Fire fatality and alcohol intake: analysis of key risk factors. J Stud Alcohol Drugs 2011;72:731-6.

Bruno R, Iliadis A, Treffot MJ, et al: Non-linear kinetics of ethanol elimination in man: medico-legal applications of the terminal concentration-time data analysis. Forensic Sci Intl 1983;21:207-13.

Budd RD: Ethanol levels in postmortem body fluids. J Chromatog 1982;252:315-8.

Buonopane A, Petrakis IL: Pharmacotherapy of alcohol use disorders. Sub Use & Misuse 2005;40:2001-20.

Buschbaum RM, Adelson L, Sunshine I.: A comparison of post-mortem ethanol levels obtained from blood and subdural specimens. Forensic Sci Intl. 1989;41:237-243.

Calhoun VD, Pekar JJ, Pearlson GD: Alcohol intoxication effects on simulated driving: exploring alcohol-dose effects on brain activation using functional MRI. Neuropsychopharmacol 2004;29:2097-2107.

Caplan YH, Levine B: Vitreous humor in the evaluation of postmortem blood ethanol concentrations. J Anal Toxicol 1990;14:305-307.

8

EXHIBIT 9

Carlson HB, Kennedy JA: The treatment of alcohol and other drug abstinence syndromes. Clinical Practice in Correctional Medicine. M.Puisis (Ed), Mosby :275-287.

Carlsson C, Haggendal J: Arterial noradrenaline levels after ethanol withdrawal. Lancet 1967:889.

Castaneda R, Cushman P: Alcohol withdrawal: a review of clinical management. J Clin Psych 1989;50:278-84.

Charlebois RC, Corbett MR, Wigmore JB: Comparison of ethanol concentrations in blood, serum and blood cells for forensic applications. J Anal Toxicol 1996;20:171-8.

Chen, L-H, et al: Drinking history and risk of fatal injury: comparison among specific injury causes. Accident Analysis and Prevent 2005;37:245-251.

Chen L-H, Baker SP, Braver ER, et al: Carrying passengers as a risk factor for crashes fatal to 16- and 17-year -old drivers. JAMA 2000;283:1578-1583.

Cherpitel CJ, Borges GLG, Wilcox HC: Acute alcohol use and suicidal behavior: a review of the literature. Alc, Clin and Experimental Res 2004;28:18S-28S.

Christopolous G: Determination of ethanol in fresh and putrefied post mortem tissues. J Chromatog 1973;87:455-72.

9

EXHIBIT 9

Citek K, Elmont AD, Jons CL, et al: Sleep deprivation does not mimic alcohol intoxication on field sobriety testing. J forensic Sci 2011;56:1170-9.

Clapp JD, Reed MB, Holmes MR, et al: Drunk in public, drunk in private: the relationship between college students, drinking environments and alcohol consumption. Am J Drug and Alc Abuse 2006;32:275-85.

Clardy DO: Population pharmacokinetics of ethanol in drinking drivers using breath measures. Ther Drug Monit 2004;26:391-400.

Clark JC: Sudden death in the chronic alcoholic. Forensic Sci Intl 1988;36:105-11.

Clark MA, Jones JW: Studies on putrefactive ethanol production. I: Lack of spontaneous ethanol production in intact human bodies. J Forensic Sci 1982;27:366-71.

Cofone J, Pritzl F, Kalzar J: Accident reconstruction analyses: an overview of biobehavioral effects on reaction time. The Forensic Examiner Nov/Dec 2000.

Concheiro M, Cruz A, Mon M, et al: Ethylglucuronide determination in urine and hair from alcohol withdrawal patients. J Analytical Toxicol 2009;33:155-61.

10

EXHIBIT 9

Concheiro M, de Castro A, Quintela O, et al: Determination of drugs of abuse and their metabolites in human plasma by liquid chromatography-mass spectrometry an application to 156 road fatalities. J Chromatog 2006;832:81-9.

Consensus Development Panel: Drug concentrations and driving impairment. JAMA 1985;254:2618-21.

Corry JEL: Possible sources of ethanol ante- and post-mortem: its relationship to the biochemistry and microbiology of decomposition. J Appl Bacteriol 1978;44:1-56.

Council on Scientific Affairs: Alcohol and the driver. JAMA 1986;255:522-7.

Cowan JM, Dennis III ME, Smith LF: A comparison of equal alcohol doses of beer and whiskey on eleven human test subjects. Can Soc Forensic Sci J 2004;37:137-174.

Dahl Helen: Ethyl glucuronide, a new biochemical marker for acute alcohol intake. Karolinska Institutet Stockholm 2006.

Debon M, Vander Weg MW, Sherrill-Mittleman D, et al: Drinking and driving and riding with an alcohol impaired driver among United States Air Force Recruits. Traffic Inj Preven 2011;12:128-35.

DeMartinis BS, de Paula CMC, Braga A, et al: Alcohol distribution in different postmortem body fluids. Human and Experimental Toxicol 2006;25:93-97.

11

EXHIBIT 9

Derr RF: Simulation studies on ethanol metabolism in different human populations with a physiological pharmacokinetic model. J Pharmaceut Sci 1993;82:677-82.

Desapriya EBR, Iwase N, Brussoni M, et al: International policies on alcohol impaired driving: Are legal blood alcohol concentration (BAC) limits in motorized countries compatible with scientific evidence? Jpn J Alcohol Drug Dep 2003;38:83-102.

Devi G: Management of drug and alcohol withdrawal. N Engl J Med 2003;349:405-7.

Dill C: High dose intravenous benzodiazepine. Academic Emerg Med 2000;7:308-10.

Disposition of Toxic Drugs and Chemicals in Man. 7th Edition. Baselt RC (Ed) Biomedical Publications, California. Midazolam. 2004:747-8.

Done AK: Not "Just a Drunk." Emerg Med 1980:77,83.

Donovan JE: Estimated blood alcohol concentrations for child and adolescent drinking and their implications for screening instruments. Peds 2009;173:e975-81.

Doyle K, Hojnacki J, Cluette-Brown J, et al: Alterations in complete blood counts due to low to moderately high levels of dietary ethanol. Vet Hum Toxicol 1988;30:423-5.

12

EXHIBIT 9

Driscoll TR, et al: Review of the role of alcohol in drowning associated with recreational aquatic activity. Inj Prev 2004;10:107-113.

Dubowski KM: Absorption, distribution and elimination of alcohol: highway safety aspects. J Studies Alc 1985;S10:98-108.

Dubowski KM: Collection and later analysis of breath-alcohol after calcium sulfate sorption. Clin Chem 1977;23:1371-2.

Eichner ER: The hematologic disorders of alcoholism. Am J Med 1973;54:621-30.

Emerson VJ, Holleyhead R, Isaacs MDJ, et al: The measurement of breath alcohol. The laboratory evaluation of substantive breath test equipment and the report of an operational police trial. J Forens Sci Soc 1980;20:3-70.

Englehart DA, Jenkins AJ: Evaluation of an onsite alcohol testing device for use in postmortem forensic toxicology. J Anal Toxicol 2001;25:612-5.

Erwin WE, Williams DB, Speir WA: Delirium tremens. SW Med J 1998;91:425-32.

Essig CF, Lam RC: Convulsions and hallucinatory behavior following alcohol withdrawal in the dog. Arch Neurol 1968;18:626-32.

13

EXHIBIT 9

Ettinger PO, Wu CF, De La Cruz C, Jr., et al: Arrhythmias and the "holiday heart": alcohol associated cardiac rhythm disorders. Am Heart J 1978;95:555-62.

Evans JR, Main J, Mitchell PEG, et al: lactic acidosis and beer drinking. Scott Med J 1985;30:237-8.

Falkensson M, Jones W, Sorbo B: Bedside diagnosis of alcohol intoxication with a pocket-size breath-alcohol device: sampling from unconscious subjects and specificity for ethanol. Clin Chem 1989;35:918-21.

Farris JJ, Jones BM: Ethanol metabolism and memory impairment in American Indian and white women social drinkers. J Stud Alcohol 1978;39:1975-9.

Farris JJ, Jones BM: Ethanol metabolism in male American Indians and whites. Alc Clin Exp Res 1978;2:77-81.

FDA Drug Bulletin. Alcohol-drug interactions. 1979;9:10-2.

Ferner RE, Chambers J: Alcohol intake: measure for measure. BMJ 2001;323:14739-40.

Ferrari LA: Kinetics of ethanol degradation in forensic blood samples. Forensic Sci Intl 2006;161:144-50.

Ferreira SM, deMello MT, Rossi MV, et al: Effects of energy drinks on alcohol intoxication. Alcohol Clin Exp Res 2006;30:598-605.

14

EXHIBIT 9

Fisher HR, Simpson RI, Kapur BM: Calculation of blood alcohol concentration (BAC) by sex, weight, number of drinks and time. Can J Public Health 1987;78:300-4.

Flanagan NG, Strike PW, Rigby CG, et al: The effect of low doses of alcohol on driving performance. Med Sci Law 1983;22:203-208.

Forliti A: Alcohol deaths: in college, drinking games can be fatal. www.dailycamera.com downloaded 8/15/2008.

Forrest ARW: The estimation of Widmark's factor. Forensic Sci Soc J 1986;26:249-252.

Foy A, March S, Drinkwater V: Use of an objective clinical scale in the assessment and management of alcohol withdrawal in a large general hospital. Alcoholism: Clin and Experiment Res:360-364.

Frajola WJ: Blood alcohol testing in the clinical laboratory: problems and suggested remedies. Clin Chem 1993;39:377-9.

Friel PN, Logan BK, Baer J: An evaluation of the reliability of Widmark calculations based on breath alcohol measurements. J Forensic Sci 1995;40:91-94.

Fraser AG, Rosalki SB, Pounder RE: Effects of H2-receptor antagonists on blood alcohol levels. JAMA 1992;267:2469-70.

15

EXHIBIT 9

Freimark D, Aleksic I, Trento A, et al: Hearts from donors with chronic alcohol use: a possible risk factor for death after heart transplantation. J Heart Lung Transplant 1996;15:150-9.

Frezza M, DiPadova C, Pozzato G, et al: High blood alcohol levels in women — The role of decreased gastric alcohol dehydrogenase activity and first-pass metabolism. N Eng J Med 1990;322:95-9.

Friedman IM, Kraemer HC, Mendoza FS et al: Elevated serum iron concentration in adolescent alcohol users. AJDC 1988;142:156-9.

Fung WK, Chan KL Mok VKK, et al: The statistical variability of blood alcohol concentration measurements in drink-driving cases. Forensic Sci Intl 2000;110:207-14.

Furne J, Levitt MD: Speed of gastric emptying and metabolism of ethanol. Gut 1999;45:916.

Galvan LA, Watts MT: Generation of an osmolality gap-ethanol nomogram from routine laboratory data. Ann Emerg Med 1992;21:1343-8.

Ganert PM, Bowthorpe WD: Evaluation of breath alcohol profiles following a period of social drinking. Can Soc Forensic Sci 2000;33:137-143.

Garcia-Andrade C, Wall TL, Ehlers CL: The firewater myth and response to alcohol in Mission Indians. Am J Psych 1997;154:983-8.

16

EXHIBIT 9

Garriott JC: Skeletal muscle as an alternative specimen for alcohol and drug analysis. J Foren Sci 1991;136:60-69.

Garriott JC: (Editor) Medicolegal Aspects of Alcohol Determination of Biological Specimens. PSG Publishing Company, Inc. Littleton, Massachusetts. 1988 pgs. 69-73 and 264-71.

Garriott JC: Forensic aspects of ethyl alcohol. Clinic Lab Med 1983;3:385-396.

Geller RJ, Spyker DA, Herold DA, et al: Serum osmolal gap and ethanol concentration: a simple and accurate formula. Clin Tox 1986;24:77-84.

Gengo FM, Gabos C, Straley C, et al: The pharmacodynamics of ethanol: effects on performance and judgement. J Clin Pharmacol 1990;30:748-54.

Gentilello LM, Villaveces A, Ries RR, et al: Detection of acute alcohol intoxication and chronic alcohol dependence by trauma center staff. J Trauma 1999;47:1131.

Gentry RT: Effect of food on the pharmacokinetics of alcohol absorption. Alcohol Clin and Experimental Res 2000;24:403-4.

George JE (Editor): The alcoholic patient in the ED, responsibility for the admitted ED patient. Med Law 1980;6:1-6.

17

EXHIBIT 9

Gershman H, Steeper J: Rate of clearance of ethanol from the blood of intoxicated patients in the ED. J Emerg Med 1991;9:307-11.

Gettler DT, Allbritten FF, Jr.: Affect of alcohol intoxication on the respiratory exchange and mortality rate associated with acute hemorrhage in anesthetized dogs. Ann Surg 1963;158:151-8.

Gifford H, Turkel HW: Diffusion of alcohol through stomach wall after death. JAMA 1957;161:866-8.

Gilliland MGF, Bost RO: Alcohol in decomposed bodies: postmortem synthesis and distribution. J Forensic Sci 1993;38:1266-74.

Goding GS, Dobie RA: Gaze nystagmus and blood alcohol. Laryngoscope 1986;96:713-7.

Goedde HW, Agarwal DP, Harada S, et al: Population genetic studies on aldehyde dehydrogenase isozyme deficiency and alcohol sensitivity. Am J Hum Genet 1983;35:769-72.

Goldfinger TM, Schaber D: A comparison of blood alcohol concentration using non-alcohol- and alcohol-containing skin antiseptics. Ann Emerg Med 1982:665-7.

Golding JM, Bradshaw GS: Alcohol in the courtroom: The intoxication defense. Am J Forensic Psych 2005;26:37-57.

EXHIBIT 9

Gomolin IH: Ethanol in paracetamol poisoning. Lancet 1983;2:617-8.

Goodman & Gilman's The Pharmacological Basis of Therapeutics, 10th Ed. McGraw-Hill, NY, 2001:400-12. Benzodiazepines.

Goodwin DW: Alcohol: Clinical Aspects in Substance Abuse A Comprehensive Textbook, 2nd Edition. Lowinson JH, Ruiz P, Millman RB, Langrod JG (Eds), Williams & Wilkins, Baltimore, MD 1992. Pgs 144-85.

Goodwin DW, Crane JB, Guze SB: Alcoholic blackouts: a review and clinical study of 100 alcoholics. Am J Psych 1969;126:191-198.

Gordon AJ, Saitz R: Identification and management of alcohol use disorders in primary care. JCOM 2004;11:444-61.

Gorelick PB: The status of alcohol as a risk factor for stroke. Stroke 1989;20:1607-10.

Gossop M, Carroll KM: Disulfiram, cocaine, and alcohol: Two outcomes for the price of one? Alcohol & Alcohol 2006;41:119-20.

Granacher RP, Jr.: Commentary: alcoholic blackout and allegation of amnesia during criminal acts. J Am Acad Psych Law 2004;32:371-4.

19

EXHIBIT 9

Greenspon AJ, Schaal SF: The "holiday heart": electrophysiologic studies of alcohol effects in alcoholics. An Int Med 1983;98:135-139.

Gugler R: H2-antagonists and alcohol. Do they interact? Drug Safety 1994;10:271-80.

Gullberg RG: Breath alcohol measurement variability associated with different instrumentation and protocols. Forensic Sci Intl 2003;131:30-35.

Gullberg RG: Estimating the measurement uncertainty in forensic blood alcohol analysis. J Anal Toxicol 2012;36:153-61.

Gullberg RG: Estimating the uncertainty associated with Widmark's equation as commonly applied in forensic toxicology. Forensic Sci Int 2007;172:33-39.

Gullberg RG: Employing simulated data to illustrate an important cause of the steepling effect in breath alcohol analysis. Med Sci Law 1994;34:321-323.

Gullberg RG, Jones AW: Guidelines for estimating the amount of alcohol consumed from a single measurement of blood alcohol concentration: re-evaluation of Widmark's equation. Forensic Sci Int 1994;69:119-130.

Guthrie SK: The treatment of alcohol withdrawal. Pharmacotherapy 1989;9:131-43.

20

EXHIBIT 9

Hadley JA, et al: Evidence for an early onset of endogenous alcohol production in bodies recovered from the water: implications for studying alcohol and drowning. Accid Analysis and Prevent 2003;35:763-769.

Hahn RG, Norberg A, Gabrielsson J, et al: Eating a meal increases the clearance of ethanol given by intravenous infusion. Alcohol 1994;29:873-877.

Hak EA, et al: Determination of serum alcohol: blood alcohol ratios. Can J Forensic Sci 1995;28:123-6.

Hamilton RJ: Substance withdrawal in Goldfrank's Toxicologic Emergencies, 6th Edition. Goldfrank LR, Flomenbaum NE, Lewin NA, Weisman RS, Howland MAS, Hoffman RS: Eds. 1998. Appleton & Lange, A Simon & Schuster Company. Stamford, CT.

Hammond KB et al: Blood ethanol. JAMA 1973;226:63-4.

Hardin GG: Postmortem blood and vitreous humor ethanol concentrations in a victim of a fatal motor vehicle crash. J Forensic Sci 2002;47:402-3.

Hartmann BR, Millea PJ: When belief systems collide: The rise and decline of the disease concept of alcoholism. Pgs. 36-47.

21

EXHIBIT 9

Hartzler B, Fromme K: Fragmentary and en bloc blackouts: similarity and distinction among episodes of alcohol-induced memory loss. J Stud Alcohol 2003;64:547-50.

Hartzler B, Fromme K: Fragmentary blackouts: their etiology and effect on alcohol expectancies. Alcoholism Clin and experimental Res 2003;27:628-37.

Hauser WA, Beghi E: First seizure definitions and worldwide incidence and mortality. Epilepsia 2008;49:8-12.

Heller MB, Kaplan RM: Dipstick measurement of alcohol levels in body fluids. Ann Int Med 1987;106:328.

Heng K, Hargarten S, Layde P, et al: Moderate alcohol intake and motor vehicle crashes: the conflict between health advantage and at-risk use. Alc and Alc 2006;41:451-4.

Hillbom M, Kaste M: Alcohol abuse and brain infarction. Ann Med 1990;22:347-52.

Hingson R, Winter M: Epidemiology and consequences of drinking and driving. Alc Res and Health 2003;27:63-79.

Hlastala MP, Polissar NL, Oberman S: Statistical evaluation of standardized field sobriety tests. J Forensic Sci 2005;50:662-9.

22

EXHIBIT 9

Hodges B, Mazur JE: Intravenous ethanol for the treatment of alcohol withdrawal syndrome in critically ill patients. Pharmacotherapy 2004;24:1578-85.

Hoiseth G, Karinen R, Christophersen AS, et al: A study of ethyl glucuronide in post-mortem blood as a marker of ante-mortem ingestion of alcohol. Forensic Sci Intl 2007;165:41-5.

Hoiseth G, Karinen R, Johnsen L, et al: Disappearance of ethyl glucuronide during heavy putrefaction. Forensic Sci Intl 2008;176:147-51.

Hoiseth G, Yttredal B, Karinen R, et al: Ethyl glucuronide concentrations in oral fluid, blood, and urine after volunteers drank 0.5 and 1.0 g/kg doses of ethanol. J Anal Toxicol 2010;34:319-24.

Holford NHG: Clinical pharmacokinetics of ethanol. Clin Pharmacokinetics 1987;13:273-292.

Honey D, Caylor C, Luthi R, et al: Comparative alcohol concentrations in blood and vitreous fluid with illustrative case studies. J Anal Toxicol 2005;29:365-9.

Hudson RF: Establish the level of blood alcohol concentration at 0.05% by "per se" statute. JAMA 1986;255:463.

Hume DN, Fitzgerald EF: Chemical tests for intoxication: What do the numbers really mean? Anal Chem 1985;57:876-86.

23

EXHIBIT 9

Ingelfinger JA, Isakson G, Shine D, et al: Reliability of the toxic screen in drug overdose. Clin Pharm Ther 1981;29:570-5.

Jackimczyk KC, Roberts MR: Approach to the intoxicated patient. Topics in Emerg Med 1984:9-13.

Jackson PR, Tucker GT, Woods HF: Backtracking booze with Bayes - the retrospective interpretation of blood alcohol data. Br J Clin Pharmacol 1991;31:55-63.

Jensen R, Zettl JR: The breath test case Breath testing & science. Natl College for DUI Defense. Winter Program, Mesa, AZ, November 8, 1997.

Johnson MK, Clapp JD: Impact of providing drinkers with "know your limit" information on drinking and driving: A field experiment. J Stud Alcohol Drugs 2011;72:79-85.

Johnson RA, Noll EC, Rodney AM: Survival after a serum ethanol concentration of 1 ½%. Lancet 1982:1394.

Johnson RD: The formation of ethanol in postmortem tissues. U.S. DOT FAA 2004.

Jones AW, Holmgren P: Uncertainty in estimating blood ethanol concentrations by analysis of vitreous humour. J Clin Pathol 2001;54:699-702.

24

EXHIBIT 9

Jones AW, Lindberg L, Olsson S-G: Magnitude and time-course of arterio-venous differences in blood alcohol concentration in healthy men. Clin Pharmacokinetics 2004;43:1157-1166.

Jones AW: Evidence-based survey of the elimination rates of ethanol from blood with applications ion forensic casework. Forensic Sci Intl 2010:1-20.

Jones AW: Aspects of in-vivo pharmacokinetics of ethanol. Alcohol Clin and Experimental Res 2000;24:400-2.

Jones AW: Back-estimation of blood alcohol concentration. Br J Clin Pharmac 0993;35:669-70.

Jones AW: Biochemistry and physiology of alcohol: applications to forensic science and toxicology. Medico-Legal Aspects of Alcohol Chapter 4, pgs. 85-125.

Jones AW: Disappearance rate of ethanol from the blood of human subjects: Implications in forensic toxicology. J Forensic Sci 1993;38:104-118.

Jones AW: Urine as a biological specimen for forensic analysis of alcohol and variability in the urine-to-blood relationship. Tox Rev 2006;25:15-35.

Jones AW, Andersson L: Comparison of ethanol concentrations in venous blood and end-expired breath during controlled drinking study. Forensic Sci Int 2003;132:18-25.

25

EXHIBIT 9

Jones AW, Jonsson KA: Food-induced lowering of blood-ethanol profiles and increased rate of elimination immediately after a meal. J Forensic Sci 1994;39:1084-1093.

Jones AW, Wigmore JG, House CJ: The course of the blood-alcohol curve after consumption of large amounts of alcohol under realistic conditions. Can Soc Forensic Sci J 2006;39:125-140.

Jones GR, Pounder DJ: Site dependence of drug concentrations in postmortem-blood - a case study. J Anal Toxicol 1987;11:186-190.

Jones JT, Jones MR, Plate CA, et al: Ethyl glucuronide and ethyl sulfate concentrations following use of ethanol containing hand sanitizer. USDITL Res Mono 2006;2:1-6.

Kalant H: Alcohol withdrawal syndromes in the human: comparison with animal models. Adv Exp med Biol 1977;85:57-64.

Kalant H: Effects of food and body composition on blood alcohol curves. Alcohol Clin Experimental Res 2000;24:413-4.

Katoh Z: Slowing effects of alcohol on voluntary eye movements. Aviat space Environ Med 1988;59:606-610.

26

EXHIBIT 9

Katona BG, Siegel EG, Roberts JR, et al: The effect of "superactive" charcoal and magnesium citrate solution on blood ethanol concentrations and area under the curve in humans. Clin Tox 1989;27:129-37.

Keeler MH, Miller WC: Selection among benzodiazepines for alcohol withdrawal. S Med J 1977;70:970-3.

Kienast T, Heinz A: Therapy and supportive care of alcoholics: guidelines for practitioners. Dig Dis 2005;23:304-9.

King AC, Byars JA: Alcohol-induced performance impairment in heavy episodic and light social drinkers. J Stud Alc 2004;65:27-36.

Klatsky AL: Alcohol and hypertension. Hospital Physician:40-6.

Klatsky AL: Should patients with heart disease drink alcohol? JAMA 2001;285:2004-6.

Kleinschmidt K, Delaney KA: Ethanol. Clinical Management of Poisoning and Drug Overdose. 3rd Edition. L.M.Haddad, M.W.Shannon, J.F.Winchester (Eds), W.B.Saunders Company, Philadelphia:475-91.

Klette K, Levine B, Springate C, et al: Toxicological findings in military aircraft fatalities from 1986-1990. Forensic Sci Intl 1992;53:143-8.

27

EXHIBIT 9

Kolata G: New drug counters alcohol intoxication. Sci 1986;234:1198-9.

Kosten TR, O'Connor PG: Management of drug and alcohol withdrawal. N Eng J Med 2003;348:1786-95.

Kugelberg KC, Jones AW: Interpreting results of ethanol analysis in postmortem specimens: a review of the literature. Forensic Sci Intl 2007;65:10-29.

Kumar KS, Malet PF: Nonalcoholic steatohepatitis. Mayo Clin Proc 2000;75:733-9.

Kunkel DB: What do tests for ethanol intoxication mean? Emerg Med 1985:103-18.

Kurt T, Foerster EH, Garriott JC: Interpretation and extrapolation of blood alcohol results. MRO Update 1997.

Kurt T: Serum alcohol is not the same as blood alcohol concentration. Ann Emerg Med 1995;25:430-1.

Lachenmeier DW, Samokhvalov AV, Leitz J, et al: The composition of unrecorded alcohol from eastern Ukraine: Is there a toxicological concern beyond ethanol alone? Food and Chem Toxicol 2010;48:2842-7.

28

EXHIBIT 9

Lamminpaa A, Vilska J: Alcohol intoxications in children treated at Children's Hospital University of Helsinki in 1975-1984. Vet Hum Toxicol 1987;29:22-3.

Lange LG, Kinnunen PM: Cardiovascular effects of alcohol. Advances in Alcohol and Substance Abuse 1987;6:47-52.

Laurell H: Effects of small doses of alcohol on driver performance in emergency traffic situations. Accid Anal Prev 1977;9:191-201.

Lee JH, Jang MK, Lee JA, et al: Clinical predictors for delirium tremens in alcohol dependence. J Gastroenterol and Hepat 2005;20:1833-37.

Leung AKC: Acute alcohol toxicity following mouthwash ingestion. Clin Peds 24:470.

Leung AKC: Ethyl alcohol ingestion in children. Clin Peds 1986;25:617-9.

Levine B, Smith ML, Smialek JE, et al: Interpretation of low postmortem concentrations of ethanol. J Forensic Sci 1993;38:663-7.

Levitt MD, Levitt DG: Use of a two-compartment model to predict ethanol metabolism. Alcohol Clin and Experimental Res 2000;24:409-10.

Lewis KO: Back calculation of blood alcohol concentration. Br Med J 1987;295.

29

EXHIBIT 9

Lewis RJ, Johnson RD, Angier MK, et al: Ethanol formation in unadulterated postmortem tissues. Forensic Sci Intl 2004;146:17-24.

Li J, Mills T, Erato R: IV saline has no effect on blood ethanol clearance. J Emerg Med 1999;17:1-5.

Li T-K, Beard JD, Orr WE, et al: Variation in ethanol pharmacokinetics and perceived gender and ethnic differences in alcohol elimination. Alcohol Clin and Experimental Res 2000;24:415-6

Lieber CS: Ethnic and gender differences in ethanol metabolism. Alcoholic Clin and Experimental Res 2000;24:417-8.

Lieber CS: Medical disorders of alcoholism. N Eng J Med 1995;333:1058-65.

Lin Y-J, Weidler DJ, Garg DC, et al: Effects of solid foods on blood levels of alcohol in man. Res Com in Chem Pathol and pharmacology 1976;13:713-22.

Liu Y-C, Fu S-M: Changes in driving behavior and cognitive performance with different breath alcohol concentration levels. Traffic Inj Prev 2007;8:153-61.

Lopez GP, Yealy DM, Krenzelok EP: Survival of a child despite unusually high blood ethanol levels. Am J Emerg Med 1989;7:283-5.

30

EXHIBIT 9

Lucas DM, Dubowski KM, Mitchell MC, et al: Panel Discussion. J Studies on Alc 1985;S10:117-9.

Lucey MR, Mathurin P, Morgan TR: Alcoholic hepatitis. N Eng J Med 2009;360:2758-69.

Lucey MR: Liver transplantation for alcoholic liver disease: past, present, and future. Liver Transpl 2007;13:190-2.

Lutmer B, Zurfluh C, Long C: Potential effect of alcohol content in energy drinks on breath alcohol testing. J Analytical Toxicol 2009;33:167-9.

Lydon D, Miller CS: Legal considerations for attending alcoholic or intoxicated patients. Emerg Med Reports 1990;1:1-8.

MacSween RN, Burt AD: Histologic spectrum of alcoholic liver disease. Seminar Liver Dis 1986;6:221-32.

Maddrey WC, Boitnott JK, Bedine MS, et al: Corticosteroid therapy of alcoholic hepatitis. Gastroenterol 1978;75:193-9.

Malcolm R, Myrick H, Brady KT, et al: Update on anticonvulsants for the treatment of alcohol withdrawal. Am J Addict 2001;10:16-23.

31

EXHIBIT 9

Malingre M, Ververs T, Bos S, et al: Alcohol swabs and venipuncture in a routine hospital setting: no effect on blood ethanol measurement. Ther Drug Monitoring 2005;27:403-4.

Marik P, Mohedin B: Alcohol-related admissions to an inner city hospital intensive care unit. Alcohol & Alcoholism 1996;31:393-6.

Marraccini JV, Carroll T, Grant S, et al: Differences between multisite postmortem ethanol concentrations as related to agonal events. J Forensic Sci 1990;35:1360-6.

Martens F, Koppel C, Ibe K, et al: Clinical experience with the benzodiazepine antagonist flumazenil in suspected benzodiazepine or ethanol poisoning. Clin Tox 1990;28:341-56.

Martin E, Moll W, Schmid P, et al: The pharmacokinetics of alcohol in human breath, venous and arterial blood after oral ingestion. Eur J Clin Pharmacol 1984;26:619-26.

Martinez TT, Martinez RR: Comparison of breath and blood ethanol measurements in human subjects with obstructive pulmonary disease. Proc West Pharmacol Soc 2002;45:23-5.

Martinez TT, Martinez RR: Failure of standardized psychophysical tests for DWI to distinguish between blood alcohol levels of 0.000 and 0.080 to 0.125 g/dl. Proc West Pharmacol 2003;46:170-3.

EXHIBIT 9

Martinez TT, Martinez RR: The effect of first and second beer consumption on breathalyzer results. Proc West Pharmacol Soc 2000;43:79-81.

Mathurin P, Abdelnour M, Ramond MJ, et al: Early change in bilirubin levels is an important prognostic factor in severe alcoholic hepatitis treated with prednisolone. Hepatol 2003;38:1363-9.

Matloff DS, Selinger MJ, Kaplan MM: Hepatic transaminase activity in alcohol liver disease. Gastroenterol 1980;78:649-56.

Matteoni CA, Younossi AM, Gramlich T, et al: Nonalcoholic fatty liver disease: a spectrum of clinical and pathological severity. Gastroenterology 1999;116:1413-9.

Mayo-Smith MF, Beecher LH, Fischer TL, et al: Management of alcohol withdrawal delirium. An evidence-based practice guideline. Arch Int Med 2004;164:1405-12.

Mayo-Smith MF:  Pharmacological management of alcohol withdrawal – a META-analysis and evidence-based practice guideline. JAMA 1997;278:144-51.

Mazzucchelli B, Guarneri A: Experimental research on changes in absorption. Minerva Medicolegal 1966;86:189-92.

McCowan C, Marik P: Refractory delirium tremens treated with propofol: a case series. Crit Care Med 2000;28:1781-4.

33

EXHIBIT 9

McDonnell R, Maynard A: The costs of alcohol misuse. Br J Addict 1985;80:27-35.

McKnight AJ, Langston EA, McKnight AS, et al: Sobriety tests for low blood alcohol concentrations. Accid Anal Prevent 2002;34:305-311.

McMicken DB: Alcohol-related disease. Rosen's Emergency Medicine: Concepts and Concepts and Clinical Practice. Pgs. 1486-1500.

Merikangas J: Commentary: alcoholic blackout – Does it remove *mens rea*? J Am Acad psych Law 2004;32:375-7.

Messiha FS: Papaverine, tetrahydropapeverine and ethanol metabolizing enzymes. Vet Hum Toxicol 1990;32:126-7.

Meyers HB, Zepeda SG, Murdock MA: Alcohol and trauma an endemic syndrome. West J Med 1990;153:149-53.

Miller MA, Rosin A, Levsky ME, et al: Isopropyl alcohol pad use for blood ethanol sampling does not cause false-positive results. J Emerg Med 2007;33:9-10.

Miller MA, Rosin A, Crystal CS: Alcohol based hand sanitizer: Can frequent use cause an elevated blood alcohol level? Am J Infect Control 2006;34:150-151.

EXHIBIT 9

Miller RJ: Ingested ethanol as a factor in double vision. Ann NY Acad Sci 1992;654:489-491.

Mills KC, Bisgrove EZ: Cognitive impairment and perceived risk from alcohol. J Studies on Alcohol 1983;44:26-46.

Montgomery C, Ashmore KV, Jansari A: The effects of a modest dose of alcohol on executive functioning and prospective memory. Hum Psychopharmacol Clin Exp 2011;26:208-15.

Moore C, Marques P, Coulter C: Detection time of direct alcohol markers, ethyl glucuronide and ethyl sulfate in oral fluid and urine after ethanol intake. Presented at TIAFT 2010, Bonn, Germany (Poster 16).

Moritz F, de La Chapelle A, Bauer F, et al: Esmolol in the treatment of severe arrhythmia after acute trichloroethylene poisoning. 1999.

Moskowitz H, Fiorentino D: A review of the literature on the effects of low doses of alcohol on driving-related skills. Final Report, US Department of Transportation National Highway Traffic Safety Administration, NITSA April 2000.

Moss M, Bucher B, Moore FA, et al: The role of chronic alcohol abuse in the development of acute respiratory distress syndrome in adults. JAMA 1996;275:50-4.

35

EXHIBIT 9

Mukamal KJ, Maclure M, Muller JE, et al: Prior alcohol consumption and mortality following acute myocardial infarction. JAMA 2001;285:1965-70.

Mutimer DJ, Burrra P, Neuberger JM, et al: Managing severe alcoholic hepatitis complicated by renal failure. Q. J. Med 1993;86:649-56.

Myrick H, Anton RF: Clinical management of alcohol withdrawal. CNS Spectrums 2000;5:22-31.

Nanikawa R, Kotoku S: Medico-legal evaluation of the ethanol levels in cadaveric blood and urine. Yonago Acta Med 1971;15:61-9.

Nanikawa R, Moriya F, Hashimoto Y: Experimental studies on the mechanism of ethanol formation in corpses. Z.Rechtsmedizin 1988;101:21-26.

Naranjo CA, Sellers EM: Clinical assessment and pharmacotherapy of the alcohol withdrawal syndrome. Pgs. 265-81.

Neal DE, Scott EM, Grimsbo RA: A case report – alcohol-induced blackouts during sexual intercourse: legal responsibility. Am J Offender Therapy and Comparative Criminology 1993;37:325-9.

Nelson EC, heath AC, Bucholz KK, et al: Genetic epidemiology of alcohol-induced blackouts. Arch Gen Psych 2004;61:257-63.

36

EXHIBIT 9

Nelson LS: Toxicologic Myocardial sensitization. J Toxicol Clin Toxicol 2002;40:867-879.

Neuschwander-Tetri BA: metabolic liver disease nonalcoholic steatohepatitis. Clin in Liver dis 1998;2:149-71.

Ng SKC, Hauser WA, Brust JCM, et al: Alcohol consumption and withdrawal in new-onset seizures. N Eng J Med 1988;319:666-72.

Norberg A, Gabrielsson J, Jones AW, et al: Within- and between-subject variations in pharmacokinetic parameters of ethanol by analysis of breath, venous blood and urine. Br J Clin Pharmacol 2000;49:399-408.

Norberg A, Jones WA, Hahn RG, et al: Role of variability in explaining ethanol pharmacokinetics. Research and Forensic applications. Clin Pharmacokinet 2003;42:1-31.

O'Connor PG, Schottenfeld RS: Patients with alcohol problems. N Eng J Med 1998;338:592-602.

Odegard PS, Goe M: Management of acute alcohol withdrawal in the inpatient setting. Hosp Pharm 2001;36:566-72.

Olmedo R, Hoffman RS: Withdrawal syndromes. Pediatric Emerg 2000;18:273-88.

37

EXHIBIT 9

Olsen H, Sakshaug J, Duckert F, et al: Ethanol elimination-rates determined by breath analysis as a marker of recent excessive ethanol consumption. Scand J Clin Lab Invest 1989;49:359-365.

O'Mahony JF: A comparison of alcohol abusers who have and have not experienced blackouts. Eur Addict Res 2004;10:95-98.

O'Neal CL, et al: Postmortem production of ethanol and factors that influence interpretation: A critical review. Am J Forensic Med and Pathol 1996;17:8-20.

Otero-Anton E, Gonzalez-Quintela A, Saborido J, et al: Prolongation of the QTc interval during alcohol withdrawal syndrome. Acta Cardiologica 1997;3:285-94.

Pace B: Alcohol use and heart disease. Alcohol use and heart disease. JAMA 2001;285:2040.

Parker ES, Birnbaum IM, Noble EP: Alcohol and memory: Storage and state dependency. J Verbal learn and Verbal Behav 1976;15:691-702.

Parker JM: Postmortem drug level changes. Journal unknown. Pgs 151-65.

Payne JP, Hill DW, Wood DGL: Distribution of ethanol between plasma and erythrocytes in whole blood. Nature 1968;217:963-4.

Perloff JK, Whereat AF: Alcohol in toxic congestive cardiomyopathy. Hosp Pract 1976:33-6.

EXHIBIT 9

Perper JA, Twerski A, Wienand JW: tolerance at high blood alcohol concentrations: a study of 110 cases and review of the literature. J forensic Sci 1986;31:212-21.

Perry PJ, Argo TR, Barnett MJ, et al: The association of alcohol-induced blackouts and grayouts to blood alcohol concentrations. J Forensic Sci 2005;51:896-9.

Phillips DP, Sousa ALR, Moshfegh RT: Official blame for drivers with very low blood alcohol content: there is no safe combination of drinking and driving. Injury Prev 2014;0:1-8.

Pizon A, Becker C, Bikin D: The clinical significance of variations in ethanol toxicokinetics. J Med Toxicol 2007;3:63-72.

Pleuckhahn VD, Path MC, Ballard B: Diffusion of stomach alcohol and heart blood alcohol concentration at autopsy. J Foren Sci 1967;12:463-470.

Pleuckhahn VD, Path MC: The significance of blood alcohol levels at autopsy. Med J Australia 1967;118-123.

Poklis A, Pearson MA: An unusually high blood ethanol level in a living patient. Clin Toxicol 1977;10:429-31.

39

EXHIBIT 9

Pollack Jr, CV, Jorden RC, Carlton FB, et al: Gastric emptying in the acutely inebriated patient. J Emerg Med 1992;10:1-5.

Pompeia S, D'Almeidda V, Tufik S: Could lorazepam be more effective in alcohol withdrawal than other benzodiazepines? CNS Spectr 2011;16(1): ePub Ahead of Print.

Pounder DJ, Jones AW: Postmortem alcohol – Aspects of interpretation in Forensic Issues in Alcohol Testing.   Karch SB (Ed), CRC Press, Boca Raton, FL 2008. Pgs 65-90.

Pounder DJ, Yonemitsu K: Postmortem absorption of drugs and ethanol from aspirated vomitus – an experimental model. Forensic Sci Intl 1991;51:189-95.

Prouty RW, Anderson WH: A comparison of postmortem heart blood and femoral blood ethyl alcohol concentrations. J Analytical Toxicol 1987;11:191-7.

Radha K: Sudden cardiac death in alcoholic cardiomyopathy – A Seychelles experience. Intl J Med Toxicol and Legal Med 2008;10.

Rae HG: Retrospective review of ethanol concentration measurements in patients with ethanol overdose treated with naloxone. Curr Therapeutic Res 1986;40:960-4.

Rainey PM: Relation between serum and whole-blood ethanol concentrations. Clin Chem 1993;39:2288-92.

EXHIBIT 9

Randall B: Fatty liver and sudden death. Hum Pathol 1980;11:147-53.

Randall B: Sudden death and hepatic fatty metamorphosis. JAMA 1980;243:1723-5.

Rangno RE, Dumont CH, Sitar DS: Effect of ethanol ingestion on outcome of drug overdose. Crit Care Med 1982;10:180-5.

Regan TJ: Progress in cardiovascular diseases. 1984;27:141-151.

Reuben A: Alcohol and the liver. Curr Opin Gasteroenterol 2006;22:263-71.

Riddick L, Luke JL: Alcohol-associated deaths in the District of Columbia -- a postmortem study. J Forensic Sci 1977:493-502.

Ripley JB: Case review a 39-year-old man with fatal alcohol withdrawal seizures.  Citation unknown.

Rivis A, Abraham C, Snook S: Understanding young and older male drivers' willingness to drive while intoxicated: The predictive utility of constructs specified by the theory of planned behavior and the prototype willingness model. Br J Health Psych 2011;16:445-56.

Roberts C, Robinson SP: Alcohol concentration and carbonation of drinks: The effect of blood alcohol levels. J Forensic Legal Med 2007;14:398-405.

41

EXHIBIT 9

Roberts JR, Dollard D: Alcohol levels do not accurately predict physical or mental impairment in ethanol-tolerant subjects: Relevance to emergency medicine and dram shop laws. J Med Toxicol 2010;6:438-42.

Rodenberg HD, Bennett JR, Watson WA: Clinical utility of a saliva alcohol dipstick estimate of serum ethanol concentrations in the emergency department. Ann Pharmacotherapy 1990;24:358-61.

Roine R, Gentry RT, Hernandez-Munoz R, et al: Aspirin increased blood alcohol concentrations in humans after ingestion of ethanol. JAMA 1990;264:2406-8.

Ross LE, Yeazel LM, Chau AW: Pilot performance with blood alcohol concentrations below 0.04%. Aviation, Space, and Enviro Med 1992:951-6.

Rubenzer SJ: The standardized field sobriety tests: a review of scientific and legal issues. Law Hum Behav 2007.

Ryback RS: Alcohol amnesia. Observations in seven drinking inpatient alcoholics. Q J Stud Alc 1970;31:616-632.

Saitz R, Mayo-Smith MF, Roberts MS, et al: Individualized treatment for alcohol withdrawal. JAMA 1994;272:519-523.

EXHIBIT 9

Saitz R: Unhealthy alcohol use. N Engl J Med 2005;352:596-607.

Scherger DL, Wruk KM, Kulig KW, et al: Ethyl alcohol (ethanol) containing cologne, perfume, and after-shave ingestions in children. AJDC 1988;142:630-2.

Schweizer TA, Vogel-Sprott M, Danckert J, et al: Neuropsychology profile of acute alcohol intoxication during ascending and descending blood alcohol concentrations. Neuropsychopharm 2005:1-9.

Sedman AJ, William PK, Wagner JG: Concentrations of ethanol in two segments of the vascular system. J Foren Sci 315-322.

Segal B, Duffy LK: Ethanol elimination among different racial groups. Alc 1992;9:213-7.

Segatore M, Adams D, Lange S: Managing alcohol withdrawal in the acutely ill hospitalized adult. J Neurosci Nursing 1999;31:129-141.

Seidl S, Jensen U, Alt A: The calculation of blood ethanol concentrations in males and females. Int J Legal Med 2000;114:71-7.

Sherlock S: Alcoholic liver disease. Lancet 1995;345:227-9.

Shope JT, Bingham CR: Teen driving. Motor-vehicle crashes and factors that contribute. Am J Prev

EXHIBIT 9

Med 2008;35:s261-s271.

Simon HK, Cox JM, Sucov A, et al: Serum ethanol clearance in intoxicated children and adolescents presenting to the ED. Acad Emerg Med 1994;1:520-4.

Simon RP: Alcohol and seizures. N Eng J Med 1988;319:715-6.

Smith GS, et al: Drinking and recreational boating fatalities. A population-based case-control study. JAMA 2001;286:2974-2980.

Snyder H, Williams D, Zink B, et al: Accuracy of blood ethanol determination using serum osmolality. J Emerg Med 1992;10:129-33.

Sporer KA, Ernst AA, Conte R, et al: The incidence of ethanol-induced hypoglycemia. Am J Emerg Med 1992;10:403-5.

Stewart DG, Brown SA: Withdrawal and dependency symptoms among adolescent alcohol and drug abusers. Addiction 1995;90:627-35.

Stone BE, Rooney PA: A study using body fluids to determine blood alcohol. J Analytical Toxicol 1984;8:95-6.

EXHIBIT 9

Stuster J: Validation of the standardized field sobriety test battery at 0.08% blood alcohol concentration. Human Factors 2006;48:608-614.

Sullivan JB, Hauptman M, Bronstein AC: lack of observable intoxication in humans with high plasma alcohol concentrations. J Forensic Sci 1987;32:1660-5.

Sullivan JT, Swift RM, Lewis DC: Benzodiazepine requirements during alcohol withdrawal syndrome: clinical implications of using a standardized withdrawal scale. J Clin Psychopharmacol 1991;11:291-5.

Sullivan JT, Sykora K, Schneiderman J, et al: Assessment of alcohol withdrawal: the revised clinical institute withdrawal assessment for alcohol scale (CIWA-Ar). Br J Addict 1989;84:1353-57.

Suzdak PD, Glowa JR, Crawley JN, et al: A selective imidazobenzodiazepine antagonist of ethanol in the rat. Sci 1986;234:1243-47.

Swedler DID, Bowman SM, Baker SP: Gender and age differences among teen drivers in fatal crashes. Ann Advances in Auto Med 2012;56:97-107.

Takeshita J: Use of propofol for alcohol withdrawal delirium: a case report. J Clin Psychiatry 2004;65:134-5.

Tam TWM, Yang CT, Fung WK, et al: Alcohol metabolism of local Chinese in Hong Kong: A statistical determination of the effects of various physiological factors. Forensic Sci Int 2006;156:95-

45

EXHIBIT 9

101.

Tavel ME, Davidson W, Batterton TD: A critical analysis of mortality associated with delirium tremens. Am J Med Sci 1961;242:58-69.

Taylor HL, Hudson RP, Jr.: Acute ethanol poisoning: a two-year study of deaths in North Carolina. J Forensic Sci 1977:639-53.

Thomas G, Girre C, Dally S, et al: Correlation between enzyme induction and ethanol kinetics in alcoholics. Vet Hum Toxicol 1987;29:35-7.

Todd K, Berk WA, Welch RD, et al: Prospective analysis of mental status progression in ethanol-intoxicated patients. Am J Emerg Med 1992;10:271-3.

Tsai VW, Anderson CL, Vaca FE: Alcohol involvement among young female drivers in US fatal crashes: unfavourable trends. Injury Prev 2010;16:17-20.

Turkel HW, Gifford H: Erroneous blood alcohol findings at autopsy. JAMA 1957;164:1077-9.

Turner RC, Lichstein PR, Peden, Jr JG, et al: Alcohol withdrawal syndromes. A review of pathophysiology, clinical presentation, and treatment. J Gen Int Med 1989;4:432-444.

EXHIBIT 9

U.S. Department of Health and Human Services. Fifth Special Report to the U.S. Congress on Alcohol and Health. December 1983.

Urso T, Gavaler JS, VanThiel DH: Blood ethanol levels in sober alcohol users seen in an emergency room. Life Sci 1981;28:1053-6.

Van Oorsouw K, Merckelbach H, Ravelli D, et al: Alcoholic blackout for criminally relevant behavior. J Am Acad Psych and Law 2004;32:364-70.

VanThiel DH, Gavaler JS: Myocardial effects of alcohol and clinical and physiologic consequences. Recent Dev Alcohol 1985;3:181-7.

Vasiliades J: Emergency toxicology: the evaluation of three analytical methods for the determination of misused alcohols. Clin Tox 1977;10:399-409.

Vestal RE, McGuire EA, Tobin JD, et al: Aging and ethanol metabolism. Clin Pharm Ther 1977;21:343-54.

Victor M, Adams RD: The effect of alcohol on the nervous system. Res Publ Assoc Res Nerv Ment Dis 1953;32:526-73.

Victor M, Brausch C: The role of abstinence in the genesis of alcoholic epilepsy. Epilepsia 1967;8:1-20.

47

EXHIBIT 9

Videira de Lima I, Midio AF: Origin of blood ethanol in decomposed bodies. Forensic Sci Intl 1999;106:157-62.

Vinson DC, Menezes M: Admission alcohol level: a predictor of the course of alcohol withdrawal. J Fam Pract 1991;33:161-7.

Voas RB, Torres P, Romano E, et al: Alcohol-related risk of driver fatalities: An update using 2007 data. J Stud Alcohol Drugs 20102;73:341-350.

Wagenaar AC, Maldonado-Mollina MM: Effects of drivers' license suspension policies on alcohol-related crash involvement: Long-term follow-up in forty-six states. Alcoholism Clin Exp Res 2007;31:1399-1406.

Wagner JG, Wilkinson PK, Sedman AJ, et al: Elimination of alcohol from human blood. J Pharmaceutical Sci 1976;65:152-4.

Wall TL, Garcia-Andrade C, Thomasson HR, et al: Alcohol elimination in Native American Mission Indians: an investigation of interindividual variation. Alc Clin Exp Res 1996;20:1159-64.

Waller PF, Stewart JR, Hansen AR, et al: The potentiating effects of alcohol on driver injury. JAMA 1986;256:1461-6.

EXHIBIT 9

Watling SM, Fleming C, Casey P, et al: Nursing-based protocol for treatment of alcohol withdrawal in the intensive care unit. Am J Crit Care 1995;4:66-70.

Watson PE, Watson ID, Batt RD: Prediction of blood alcohol concentrations in human subjects. J Studies on Alc 1981;42:547-56.

Watson WA, Garriott JC: Alcohol and motorcycle riders: a comparison of motorcycle and car/truck DWIs. Vet Hum Toxicol 1992;34:213-6.

Watts V, Simonick T: Breath alcohol concentrations measured in a social drinking study. Soc Forensic Tox Meeting, October 1989, Chicago, Illinois.

Wax P: Withdrawal Syndromes. The Clinical Practice of Emergency Medicine, 3rd Edition, A.Harwood-Nuss, A.B.Wolfson, C.H.Linden, S.M.Shepherd (Eds). Lippincott Williams & Wilkins, Philadelphia: 1628-33.

Wetherill R, Schnyer D, Fromme K: Acute alcohol effects on contextual memory BOLD response: Differences based on fragmentary blackout history. Alcoholism: Clin and Exper Res 2012;36:607-617.

Wetherill RR, Fromme K: Acute alcohol effects on narrative recall and contextual memory: an examination of fragmentary blackouts. Addic Behav 2011;36:886-889.

49

EXHIBIT 9

Wetherill RR, Fromme K: Subjective responses to alcohol prime event-specific alcohol consumption and predict blackouts and hangover. J Stud Alcohol Drugs 2009;70:593-600.

Weller-Fahy ER, Berger LR: Mouthwash: a source of acute ethanol intoxication. Peds 1980;66:302-5.

White AM, Jamieson-Drake DW, Swartzwelder HS: Prevalence and correlates of alcohol-induced blackouts among college students: results of an E-mail survey. J Am Coll Health 2002;51:117-31.

White AM, Signer ML, Kraus CL, et al: Experimental aspects of alcohol-induced blackouts among college students. Am J Drug and Alc Abuse 2004;30:205-224.

White AM: Alcohol-induced blackouts.  www.duke.edu/~amwhite/blackouts accessed 11/9/2007.

Wilkinson PK, Sedman AJ, Sakmar E, et al: Blood ethanol concentrations during and following constant-rate intravenous infusion of alcohol. Clin Pharm & Therapeutics 1975;19:213-23.

Wilkinson PK: Pharmacokinetics of ethanol: a review. Alc, Clin and Exper Res 1980;4:6-21.

Williams JF, Storck M, Committee Substance Abuse and Committee on native American Child Health. Inhalant Abuse Peds 2007;119:1009.

Wilson KC, Reardon C, Farber H: Propylene glycol toxicity in a patient receiving intravenous

EXHIBIT 9

diazepam. ;343:815.

Winek CL Jr., Winek CL, Wahba WW: The role of trauma in postmortem blood alcohol determination. Forensic Sci Intl 1995;71:1-8.

Winek CL, Esposito FM: Antemortem and postmortem alcohol determinations.  Journal unknown. Pgs 1-84.

Winek CL, Murphy KL: The rate and kinetic order of ethanol elimination. Forensic Sci Intl 1984;25:159-66.

Winek CL: Reliability of 22-hour postmortem blood and gastric alcohol samples. JAMA 1975;233:912.

Withdrawal Syndromes: Ellenhorn's Medical Toxicology: Diagnosis and Treatment of Human poisoning.  M.J.Ellenhorn, S.Schonwald, G.Ordog, et al. (Eds), Williams & Wilkins, Baltimore, 1997:1143-5.

Wright C: Moore RD, Grodin DM, et al: Screening for disulfiram-induced liver test dysfunction in an inpatient alcoholism program. Alc Clin and Experimental Res 1993;17:184-6.

Wurst FM, Vogel R, Jachau K, et al: Ethyl glucuronide discloses recent covert alcohol use not detected by standard testing in forensic psychiatric inpatients. Alcohol 2003;27:3.

51

EXHIBIT 9

You M, Crabb DW: Recent advances in alcoholic liver disease II: Minireview: molecular mechanisms of alcoholic fatty liver. Am J Physiol Gastrointest Liver Physiol 2004;287:G1-6.

Yuzuriha T, Okudaira M, Tominaga I, et al: Alcohol-related sudden death with hepatic fatty metamorphosis: a comprehensive clinicopathological inquiry into its pathogenesis. Alcohol & Alcoholism 1997;32:745-52.

Zador PL: Alcohol-related relative risk of fatal driver injuries in relation to driver age and sex. J Studies on Alcohol 1991;52:302-310.

Zador PL, Krawshuik SA, Voas RB: Alcohol-related relative risk of driver fatalities and driver impairment in fatal crashes in relation to driver age and gender: An update using 1996 data. J Stud Alc 2000;61:387-395.

Ziporyn T: Definition of impairment essential for prosecuting "drunken drivers." JAMA 1985;253:3509-17.

Zumwalt RE, Bost RO, Sunshine I: Evaluation of ethanol concentrations in decomposed bodies. J Forensic Sci 198227:549-54.

52

EXHIBIT 9