## CURRICULUM VITAE

| NAME | Benjamin W. Hatten, MD MPH | DATE | 03/05/2014 |
|------|---------------------------|------|-----------|

## PRESENT POSITION AND ADDRESS

**Academic Rank:** **Clinical Instructor**

**Department:** **Department of Emergency Medicine &**
**Division of Clinical Pharmacology and Toxicology,**
**Department of Medicine**
**University of Colorado School of Medicine**

**Professional Address:**
**Toxicology Associates**
**2555 S Downing St, Ste 260**
**Denver, CO 80210**
**Work: 303-765-3800**
**Fax: 303-765-3804**

**E-Mail Address:** **bhatten@toxicologyassoc.com**

## I. EDUCATION

**Undergraduate and Graduate:**

UNDERGRADUATE:
Bachelor of Arts
Hendrix College
Conway, Arkansas
1998 – 2002

MEDICAL SCHOOL:
Doctor of Medicine
University of Texas-Southwestern Medical School
Dallas, Texas
2002 – 2006

GRADUATE EDUCATION:
Master of Public Health
Epidemiology and Biostatistics Track
Oregon Master of Public Health Program
Oregon Health and Science University
Portland, Oregon
2011- 2013

1

EXHIBIT 12

**Postgraduate:**

INTERNSHIP/RESIDENCY:

Residency in Emergency Medicine
Denver Health Medical Center
Denver, Colorado
2006 – 2010

FELLOWSHIP:

Medical Toxicology Fellowship
Oregon Health and Science University
Portland, Oregon
2011- 2013

**Certification:**

2002 – Present

Basic Life Support
Expires 01/2015

2006 – Present

Advanced Cardiac Life Support
Expires 01/2015

2007 – Present

Advanced Trauma Life Support
Expires 04/2017

2007 – Present

Controlled Substance Registration Certificate
United States Department of Justice
Drug Enforcement Administration
License Number Available Upon Request
Expires 10/31/2016

2008-Present

Pediatric Advanced Life Support
Expires 03/2015

2011-Present

Emergency Medicine Board Certification
American Board of Emergency Medicine
License Number Available Upon Request
Expires 12/2021

2013-Present

Medical Toxicology Board Certification
American Board of Emergency Medicine
Board Eligible
Initial certification exam 10/2014

**Licenses:**

2007 – Present

Unrestricted Medical License

EXHIBIT 12

State of Colorado
License Number Available Upon Request
Expires 04/31/2015

2011- Present                              Unrestricted Medical License
State of Oregon
License Number Available Upon Request
Expires 12/31/2015

## II. PROFESSIONAL EXPERIENCE

**Academic:**

2010-2011                             Clinical Instructor of Emergency Medicine &
Attending Physician
Department of Emergency Medicine
University of Colorado School of Medicine
Aurora, Colorado

2010-2011                             Attending Physician
Department of Emergency Medicine
Denver Health Medical Center
Denver, Colorado

2011-2013                             Attending Physician
Department of Emergency Medicine
Portland Veterans Affairs Medical Center
Portland, Oregon

2011-Present                          Adjunct Assistant Professor of Emergency
Medicine & Attending Physician
Department of Emergency Medicine
Oregon Health and Science University
Portland, Oregon

2013-Present                          Faculty
University of Colorado School of Public Health
Aurora, Colorado

2013-Present                          Consulting Physician
Department of Emergency Medicine
Children's Hospital of Colorado
Aurora, Colorado

3

EXHIBIT 12

| | |
|---|---|
| 2013-Present | Consulting Physician<br>Department of Emergency Medicine<br>Denver Health Medical Center<br>Denver, Colorado |
| 2013-Present | Attending Physician<br>Rocky Mountain Poison and Drug Center<br>Denver, Colorado |
| 2013-Present | Clinical Instructor & Attending Physician<br>Department of Emergency Medicine<br>Department of Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |

**Non-Academic:**

| | |
|---|---|
| 2008 | Physician<br>Nextcare Urgent Care<br>Aurora, Colorado |
| 2008-2010 | Physician<br>Lone Tree Acute Care Center<br>Lone Tree, Colorado |
| 2009 | Physician<br>ResortMed<br>Aspen, Colorado |
| 2009-2011 | Emergency Physician<br>EmCare<br>Dallas, TX |
| 2013-Present | Emergency Physician<br>Emergency Physicians at Porter Hospitals<br>Englewood, Colorado |
| 2013-Present | Medical Toxicologist<br>Toxicology Associates<br>Denver, Colorado |

**Hospital Affiliations:**

| | |
|---|---|
| 2009-2010 | Emergency Physician<br>St. Thomas More Hospital |

4

EXHIBIT 12

|              | Canon City, Colorado |
|--------------|----------------------|
| 2009-2011    | Emergency Physician<br>Prowers Medical Center<br>Lamar, Colorado |
| 2013-Present | Emergency Physician<br>Castle Rock Adventist Hospital<br>Castle Rock, Colorado |
| 2013-Present | Emergency Physician<br>Parker Adventist Hospital<br>Parker, Colorado |
| 2013-Present | Emergency Physician<br>Medical Toxicology Consultant<br>Porter Adventist Hospital<br>Denver, Colorado |
| 2013-Present | Emergency Physician<br>Medical Toxicology Consultant<br>Littleton Adventist Hospital<br>Littleton, Colorado |
| 2013-Present | Medical Toxicology Consultant<br>Swedish Medical Center<br>Englewood, Colorado |

## III. HONORS

| 2013-Present | Alpha Omega Alpha Honor Society |
|--------------|---------------------------------|

## IV. SCHOLARSHIP

### Grants and Contracts:

1. **Hatten B**. Spatial Epidemiology of Toxic Mushroom Ingestions in the United States. American College of Medical Toxicology; Spring Conference Travel Award.  Spring 2012. $500.

### Publications:

Peer-reviewed

EXHIBIT 12

ORIGINAL RESEARCH:

1. Roppolo LP, White PF, **Hatten B**, Hynan LS, Pepe PE. Use of the TrachView videoscope as an adjunct to direct laryngoscopy for teaching orotracheal intubation. *Eur J Emerg Med.* 2012 Jun;19(3):196-9.

CASE REPORTS:

1. **Hatten B**, Browne V. Retinal Detachment. *Emerg Med J.* 2011 Jan;28(1):83.

2. **Hatten BW**, Bryant E. Bleeding Scrotal Arteriovenous Malformation. *J Emerg Med.* 2012 Jun;42(6):e133-5.

3. Kusin S, Tesar J, **Hatten B**, Horowitz BZ, Hendrickson R, Leman R, Buser G. Severe Methemoglobinemia and Hemolytic Anemia from Aniline Purchased as 2C-E (4-ethyl-2,5-dimethoxyphenethylamine), a Recreational Drug, on the Internet - Oregon, 2011.Centers for Disease Control and Prevention (CDC). *MMWR Morb Mortal Wkly Rep.* 2012 Feb 10;61:85-8.

4. **Hatten BW**, Bueso A, French LK, Hendrickson RG, Horowitz BZ. Envenomation by the Great Lakes Bush Viper (Atheris nitschei). *Clin Toxicol.* 2013 Feb;51(2):114-6.

5. **Hatten BW**, Bueso A, Craven P, Hendrickson RG, Horowitz BZ. Lead toxicity and endoscopic removal of ingested firearm cartridges. *Clin Toxicol.* 2013 Jun; 51(5):448-50.

CLINICAL POLICIES (WRITING COMMITTEE MEMBER):

1. Godwin SA, Burton JH, Gerardo CJ, **Hatten BW**, Mace SE, Silvers SM, Fesmire FM. American College of Emergency Physicians Clinical Policies Subcommittee (Writing Committee) on Procedural Sedation and Analgesia. Clinical policy: procedural sedation and analgesia in the emergency department. *Ann Emerg Med* 2014; 63(2):247-258.

CLINICAL POLICIES (OVERSIGHT COMMITTEE MEMBER):

1. Howell et al. **Oversight Committee Member**. ACEP Clinical Policy: Critical Issues in the Evaluation and Management of Patients Presenting to the Emergency Department with Suspected Appendicitis. *Ann Emerg Med* 2010; 55(1):71-116.

2. Diercks et al. **Oversight Committee Member**. ACEP Clinical Policy: Critical Issues in the Evaluation of Patients Presenting to the Emergency Department with

6

EXHIBIT 12

Acute Blunt Abdominal Trauma. *Ann Emerg Med* 2011; 57(4):387-404.

3. Fesmire et al. **Oversight Committee Member**. ACEP Clinical Policy: Critical Issues in the Evaluation and Management of Patients Presenting to the Emergency Department with Suspected Pulmonary Embolism. *Ann Emerg Med* 2011; 57(6):628-652.

CONSENSUS CONFERENCE

1. Newgard CD, Beeson MS, Kessler CS, Kuppermann N, Linden JA, Gallahue F, Wolf S, **Hatten B**, Akhtar S, Dooley-Hash SL, Yarris L. Establishing an Emergency Medicine Education Research Network. *Acad Emerg Med.* 2012 Dec;19(12):1468-75.

Non-peer-reviewed
REVIEW ARTICLES:

1. **Hatten B**, Krzyzaniak S, Saghafi O. Pharyngitis: Current Guidelines For Emergency Clinicians. *EM Practice Guidelines Update.* 2011; 3(10).

Abstracts
ABSTRACT PRESENTATION CITATIONS:

1. Roppolo LP, Krackover B, Miller AH, **Hatten B**. Can Midlevel Providers Perform Ultrasonography on Superficial Abscesses? Poster Presentation. *Ann Emerg Med* 2004; 44(4):S83-S84.

2. Roppolo LP, Brockman CR, **Hatten B**, Hynan LS. A Prospective Study Comparing Standard Laryngoscopy to the Trachview Videoscope System for Orotracheal Intubation by Emergency Medicine Residents and Medical Students. Poster Presentation. *Ann Emerg Med* 2004; 44(4):S117-S118.

3. Vogel J, **Hatten B**, Druck J. Assessing Residency Review Committee Compliance with an Electronic Survey. Poster Presentation. *Acad Emerg Med* 2009; 16(4):S44-45.

4. **Hatten B**, Liao M, Byyny R, Caruso E, Haukoos J. Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales. Poster Presentation. *Acad Emerg Med* 2011; 18(5):S61.

5. **Hatten B**, Sande M, Druck J. What Does "Service Obligation" or "Clinical Education" Mean? Poster Presentation. *Acad Emerg Med* 2011; 18(5):S59.

EXHIBIT 12

6. **Hatten B,** Liao M, Caruso E, Haukoos J. Change in Ethanol Related Visits and Alcohol Withdrawal Visits to the Emergency Department Following a Law to Allow Expansion of Alcohol Sales. Poster Presentation. *Acad Emerg Med* 2012; 19(4):S355.

7. **Hatten BW,** McKeown NJ, Hendrickson RG, Horowitz BZ. The epidemiology of mushroom ingestion calls to US poison control centers: 2001-2011. Platform Presentation. *Clin Toxicol* 2012; 50(7):574-575.

8. **Hatten BW,** McKeown NJ, Hendrickson RG. Arginine Hydrochloride overdose in an infant. Poster Presentation. *Clin Toxicol* 2012; 50(7):595-596.

9. **Hatten BW,** Bueso A, Horowitz BZ. Severe pediatric lead toxicity after ingestion of three intact rifle cartridges. Poster Presentation. *Clin Toxicol* 2012; 50(7):597-598.

10. Williams BT, Schlein S, Caravati M, **Hatten B**. Botulism outbreak in a state prison from "pruno". Platform Presentation. *Clin Toxicol* 2012; 50(7):611-612.

11. **Hatten BW,** Bueso A, French LK. First report of envenomation by the Great Lakes Bush Viper (Atheris nitschei). Poster Presentation. *Clin Toxicol* 2012; 50(7):648.

12. Kusin S, Pizarro-Osilla C, **Hatten BW,** Hendrickson RG, West PL. Cinnamania: 15 seconds of internet fame, 3 days in the ICU. Poster Presentation. *Clin Toxicol* 2012; 50(7):655.

13. **Hatten B,** Kaplan B, Kim H, Ginde A. Sensitivity and Positive Predictive Value of ICD-9-CM Codes for Alcohol-Related Diagnoses in the Emergency Department. Poster Presentation. *Ann Emerg Med* 2012; 60(4):S33.

14. **Hatten BW,** Lewis ME, Russell JW, Hendrickson RG. Major Bleeding Events in Salicylate Toxicity. Poster Presentation. *J Med Toxicol* 2013; 9(1) 82-105.

15. **Hatten BW,** Hendrickson RG, McKeown NJ, Freeman MD, Horowitz BZ. Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes. Lightning Oral Presentation. *Acad Emerg Med* 2013; 20(s1):S121.

16. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Outcomes following high concentration peroxide ingestions. Platform Presentation. *Clin Toxicol* 2013; 51(7):582-583.

17. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Caustic injuries

8

EXHIBIT 12

following high concentration peroxide ingestions: 2001-2011. Poster Presentation. *Clin Toxicol* 2013; 51(7):632.

18. **Hatten BW,** Keith LK, Hendrickson RG, Horowitz BZ. Utility of CT and HBO therapy following high concentration peroxide ingestions: 2001-2011. Poster Presentation. *Clin Toxicol* 2013; 51(7):632-633.

19. Lopez AM, Kusin S, **Hatten BW,** Horowitz BZ. What's the cost of better joints? move free advanced leading to hepatotoxicity. Poster Presentation. *Clin Toxicol* 2013; 51(7):638.

20. Kusin S, **Hatten BW,** Giffin S, Horowitz BZ. Participation and response times of U.S. poison centers in a nationwide chart review. Oral Presentation. *Clin Toxicol* 2013; 51(7):705-706.

21. Russell JW, **Hatten BW,** Lewis ME, Hendrickson RG. Predictors of Coagulopathy and Hemorrhage in Salicylate Toxicity. Poster Presentation. *Ann Emerg Med* 2013; 62(4):S123.


ABSTRACTS PUBLISHED:
(Abstract authored on previously published articles for the *Journal of Emergency Medicine* Abstract Section)

1. **Hatten B**. "Estimated Risk of Cancer Associated With Radiation Exposure From 64-Slice Computed Tomography Coronary Angiography: Einstein AJ, Henzlova MJ, Rajagopalan S. *JAMA* 2007; 298:317–23" *J Emerg Med.* 2007; 33(4): 443-444.

2. **Hatten B**. "What Causes Prolonged Fatigue after Infectious Mononucleosis: And Does It Tell Us Anything about Chronic Fatigue Syndrome? White PD. *J Infect Dis* 2007; 196:4–5." *J Emerg Med.* 2007; 33(4): 444-445.

3. **Hatten B**. "Risk Factors of Symptomatic Intracerebral Hemorrhage After tPA Therapy for Acute Stroke: Lansberg MG, Thijs VN, Bammer R, et al. *Stroke* 2007; 38:2275–8." *J Emerg Med.* 2007; 33(4): 446-447.

4. **Hatten B**. "Accuracy of Ultrasonography in Diagnosis of Testicular Rupture After Blunt Scrotal Trauma: Guichard G, El Ammari J, Del Coro C, et al. *Urology* 2008; 1:52–6." *J Emerg Med.* 2008; 35(1): 112.

EXHIBIT 12

5. **Hatten B.** "Who Survives from Out-of-Hospital Pulseless Electrical Activity?
   Vayrynen T, Kuisma M, Maatta T, Boyd J. *Resuscitation* 2008; 76:207–13." *J
   Emerg Med.* 2008; 35(1): 113.

6. **Hatten B.** "Early Risk of Stroke After Transient Ischemic Attack: A Review and
   Meta-Analysis: Wu CM, McLaughlin K, Lorenzetti DL, et al. *Arch Intern Med*
   2007; 167:2417–22." *J Emerg Med.* 2008; 35(1): 115.

7. **Hatten B.** "Hyponatremia and Hypokalaemia During Intravenous Fluid
   Administration: Armon K, Riordan A, Playfor S, et al. *Arch Dis Child* 2008;
   93:285–7." *J Emerg Med.* 2008; 35(3): 351.

Ongoing Research

| | |
|---|---|
| 2011-Present | Factors Associated with Prehospital Naloxone Use<br>-Manuscript Preparation |
| 2011-Present | Epidemiology of Mushroom Ingestions in the<br>United States<br>-Manuscript Preparation |
| 2011-Present | Factors Associated with Coagulopathy in Salicylate<br>Toxicity<br>-Manuscript Preparation |
| 2011-Present | Treatment Variation and Clinical Outcome in Cases<br>of High Concentration Peroxide Ingestion<br>-Manuscript Preparation |
| 2011-Present | A Novel Human Antidote for Alpha-1 Agonist<br>Toxicity<br>-Study Design |
| 2012-Present | Relationship Between Medical Marijuana Use and<br>Drug Related Death<br>-Data Analysis |
| 2012-Present | Liberal versus Conservative Coagulopathy<br>Correction in Acetaminophen Induced Acute Liver<br>Failure<br>-Study Design |
| 2012-Present | Coral Snake Envenomations 2001-2011: Antivenin |

EXHIBIT 12

Use and Outcomes
-Manuscript Development

2012-Present               Regional and temporal variation in agents
                           responsible for drug related death: 2005-2010
                           -Data Analysis

2012-Present               Measures of drug related death rates: 2005-2010
                           -Manuscript Preparation

**Invited Lectures, Conference Presentations or Professorships:**

<u>International and National</u>
NATIONAL PRESENTATIONS:

2004                       Can Midlevel Providers Perform Ultrasonography
                           on Superficial Abscesses?
                           Abstract Poster Presentation
                           American College of Emergency Physicians
                           Research Forum
                           San Francisco, California

2004                       A Prospective Study Comparing Standard
                           Laryngoscopy to the Trachview Videoscope System
                           for Orotracheal Intubation by Emergency Medicine
                           Residents and Medical Students.
                           Abstract Poster Presentation
                           American College of Emergency Physicians
                           Research Forum
                           San Francisco, California

2008                       Resident Panel
                           Medical Student Symposium
                           Society for Academic Emergency Medicine
                           Washington, DC

2008                       Instructor
                           Suture Workshop
                           Keystone Nurse Practitioner Conference
                           Keystone, Colorado

2009                       Assessing Residency Review Committee
                           Compliance with an Electronic Survey

11

EXHIBIT 12

|      |                                                                                                                                                                              |
|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | Abstract Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>New Orleans, Louisiana |
| 2011 | Change In Major Trauma Following A Law To Allow Expansion Of Alcohol Sales<br>Abstract Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Boston, Massachusetts |
| 2011 | What Does Service Obligation" Or "Clinical Education" Mean?"<br>Abstract Poster Presentation<br>Council of Residency Directors<br>Academic Assembly<br>San Diego, California |
| 2011 | What Does Service Obligation" Or "Clinical Education" Mean?"<br>Abstract Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Boston, Massachusetts |
| 2012 | What's New at Alpha-2<br>National Journal Club<br>American College of Medical Toxicology<br>National Teleconference |
| 2012 | The Spatial Epidemiology of Toxic Mushroom Ingestions in the United States: 2001-2011<br>Fellow-in-Training Research Symposium<br>American College of Medical Toxicology<br>Spring Conference<br>San Diego, California |
| 2012 | Characteristics of Salicylate Poisoned Patients with an Elevated INR<br>Fellow-in-Training Research Symposium<br>American College of Medical Toxicology<br>Spring Conference |

EXHIBIT 12

San Diego, California

| | |
|---|---|
| 2012 | Change in Major Trauma Following a Law to Allow Expansion of Alcohol Sales<br>Abstract Poster Presentation<br>American College of Medical Toxicology<br>Spring Conference<br>San Diego, California |
| 2012 | Change in Ethanol Related Visits and Alcohol Withdrawal Visits to the Emergency Department Following a Law to Allow Expansion of Alcohol Sales<br>Abstract Poster Presentation<br>Society for Academic Emergency Medicine<br>Annual Meeting<br>Chicago, Illinois |
| 2012 | The epidemiology of mushroom ingestion calls to US poison control centers: 2001-2011.<br>Platform Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Arginine Hydrochloride overdose in an infant.<br>Abstract Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Severe pediatric lead toxicity after ingestion of three intact rifle cartridges.<br>Abstract Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | First report of envenomation by the Great Lakes Bush Viper (Atheris nitschei).<br>Abstract Poster Presentation<br>North American Congress of Clinical Toxicology<br>Las Vegas, Nevada |
| 2012 | Cinnamania: 15 seconds of internet fame, 3 days in the ICU. |

13

EXHIBIT 12

Abstract Poster Presentation
North American Congress of Clinical Toxicology
Las Vegas, Nevada

2012  Sensitivity and Positive Predictive Value of ICD-9-CM Codes for Alcohol-Related Diagnoses in the Emergency Department.
Abstract Poster Presentation
American College of Emergency Physicians Research Forum
Denver, Colorado

2013  High Concentration Peroxide Ingestions: 2001-2011
Fellow-in-Training Research Symposium
American College of Medical Toxicology
Spring Conference
San Juan, Puerto Rico

2013  Major Bleeding Events in Salicylate Toxicity
Abstract Poster Presentation
American College of Medical Toxicology
Spring Conference
San Juan, Puerto Rico

2013  Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes
Lightning Oral Presentation
Society for Academic Emergency Medicine
Atlanta, Georgia

2013  Outcomes following high concentration peroxide ingestions.
Platform Presentation
North American Congress of Clinical Toxicology
Atlanta, Georgia

2013  Caustic injuries following high concentration peroxide ingestions: 2001-2011.
Abstract Poster Presentation
North American Congress of Clinical Toxicology
Atlanta, Georgia

2013  Utility of CT and HBO therapy following high

14

EXHIBIT 12

concentration peroxide ingestions: 2001-2011.
Abstract Poster Presentation
North American Congress of Clinical Toxicology
Atlanta, Georgia

2013      What's the cost of better joints? move free advanced
leading to hepatotoxicity.
Abstract Poster Presentation
North American Congress of Clinical Toxicology
Atlanta, Georgia

2012      Predictors of Coagulopathy and Hemorrhage
in Salicylate Toxicity
Abstract Poster Presentation
American College of Emergency Physicians
Research Forum
Seattle, Washington

Regional and Local
DEPARTMENTAL PRESENTATIONS:

2007      Etomidate for RSI in Sepsis
Denver Health Residency in Emergency Medicine
Denver Health Medical Center
Denver, Colorado

2008      Wide Complex Tachycardia
Denver Health Residency in Emergency Medicine
Denver Health Medical Center
Denver, Colorado

2008      Heparin in ACS: A Question of Harm
Denver Health Residency in Emergency Medicine
Denver Health Medical Center
Denver, Colorado

2009      Morbidity and Mortality Conference
Denver Health Residency in Emergency Medicine
Denver Health Medical Center
Denver, Colorado

2009      Bad for Business: Public Policy and Injury
Prevention

15

EXHIBIT 12

Denver Health Residency in Emergency Medicine
Denver Health Medical Center
Denver, Colorado

2010                          Envenomations
                             Denver Health Residency in Emergency Medicine
                             Denver Health Medical Center
                             Denver, Colorado

2011-2012                    Introduction to Toxicology
                             Emergency Medicine Residency
                             Oregon Health and Science University
                             Portland, Oregon

2012                         Morbidity and Mortality Conference
                             Emergency Medicine Residency
                             Oregon Health and Science University
                             Portland, Oregon

2012                         Rock n' Roll Toxicology
                             Emergency Medicine Residency
                             Oregon Health and Science University
                             Portland, Oregon

2012                         Agitated Patient
                             Emergency Medicine Residency
                             Oregon Health and Science University
                             Portland, Oregon

2012                         Severe Alcohol Withdrawal
                             Emergency Medicine Residency
                             Oregon Health and Science University
                             Portland, Oregon

2013                         Envenomations
                             Emergency Medicine Residency
                             Oregon Health and Science University
                             Portland, Oregon

REGIONAL/STATE PRESENTATIONS:

2008                         Altered Mental Status
                             Denver Fire Department CME

16

EXHIBIT 12

Denver, Colorado

| | |
|---|---|
| 2008 | Instructor<br>Suture Workshop<br>Emergency Medicine Interest Group<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009 | Hyperthermia<br>Denver Fire Department CME<br>Denver, Colorado |
| 2009 | Hypothermia<br>Denver Fire Department CME<br>Denver, Colorado |
| 2009 | Environmental Emergencies<br>Denver Health Paramedic School<br>Denver, Colorado |
| 2009, 2010 | Wilderness Envenomations<br>SURG 6624<br>Introduction to Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2010, 2011 | Outdoor Sporting Activities<br>SURG 8031<br>Wilderness Medicine<br>University of Colorado School of Medicine<br>Moab, Utah |
| 2010, 2011 | Envenomations<br>SURG 8031<br>Wilderness Medicine<br>University of Colorado School of Medicine<br>Estes Park, Colorado |
| 2011 | Change In Major Trauma Following A Law To<br>Allow Expansion Of Alcohol Sales<br>Lightening Oral Abstract Presentation<br>Society for Academic Emergency Medicine<br>Western Regional Meeting |

17

EXHIBIT 12

Keystone, Colorado

2014                    Dermal Toxicology
                       Environmental and Occupational Toxicology 6616
                       University of Colorado School of Public Health
                       Aurora, Colorado

2014                    Ophthalmic Toxicology
                       Environmental and Occupational Toxicology 6616
                       University of Colorado School of Public Health
                       Aurora, Colorado

## V. SERVICE

**Membership in Professional Societies:**

2002 – Present          American Medical Association
                       Positions Held:
                               President, UT-SW Chapter
                               Alternate Delegate, House of Delegates

2002-2006               Texas Medical Association
                       Positions Held:
                               President, UT-SW Chapter

2002-2006               Emergency Medicine Student's Association
                       Positions Held:
                               President, UT-SW Chapter
                               Liaison, Emergency Medicine Residents'
                               Association

2003 – Present          American College of Emergency Physicians
                       Positions Held:
                               Member, Clinical Policies Committee
                               Member, Academic Affairs Committee
                               Member, Trauma and Injury Prevention
                               Section
                               Member, Toxicology Section

2003 – Present          Emergency Medicine Residents' Association
                       Positions Held:
                               Representative, ACEP Clinical Policies
                               Committee
                               Representative, ACEP Academic Affairs

18

EXHIBIT 12

|  | Committee Liaison, UT-SW Emergency Medicine Interest Group |
|---|---|
| 2006 – Present | Society for Academic Emergency Medicine |
| 2006 – 2011 | Colorado Chapter American College of Emergency Physicians |
| 2006 – 2011 | Colorado Medical Society |
| 2011-Present | Oregon Chapter American College of Emergency Physicians |
| 2011-Present | Oregon Medical Society |
| 2011-Present | American Academy of Clinical Toxicology |
| 2011-Present | American College of Medical Toxicology |

**Editorial and Ad Hoc Review Activities:**

JOURNAL PEER REVIEWER

| 2013-Present | *Clinical Toxicology* |
|---|---|
| 2013-Present | *Journal of Medical Toxicology* |

GUIDELINE PEER REVIEWER

1.  2011 ACCF/AHA Focused Update of the Guidelines for the Management of Patients With Unstable Angina/Non-ST-Elevation Myocardial Infarction (Updating the 2007 Guideline) A Report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Wright RS, Anderson JL, Adams CD, Bridges CR, Casey DE Jr, Ettinger SM, Fesmire FM, Ganiats TG, Jneid H, Lincoff AM, Peterson ED, Philippides GJ, Theroux P, Wenger NK, Zidar JP.
    *J Am Coll Cardiol.* 2011 Mar 23.
    *Circulation.* 2011 Mar 28.

**Committees:**

International/National

EXHIBIT 12

| | |
|---|---|
| 2003 | Alternate Delegate |
| | Texas Delegation |
| | House of Delegates |
| | American Medical Association |
| | Chicago, Illinois |
| | |
| 2007 – 2008 | Member |
| | Academic Affairs Committee |
| | American College of Emergency Physicians |
| | Irving, Texas |
| | |
| 2008 – 2010 | Member |
| | Clinical Policies Committee |
| | American College of Emergency Physicians |
| | Irving, Texas |
| | |
| 2011-2012 | Working Group Member |
| | Developing an Education Research Consortium |
| | Consensus Conference |
| | Society for Academic Emergency Medicine |

Regional
| | |
|---|---|
| 2010-2011 | Western Regional Society of Academic Emergency |
| | Medicine |
| | Annual Meeting Planning Committee Member |
| | Co-Director Back Bowls Trivia |

Departmental
| | |
|---|---|
| 2006 – 2007 | Member |
| | Wellness Committee |
| | Residency in Emergency Medicine |
| | Department of Emergency Medicine |
| | Denver Health Medical Center |
| | Denver, Colorado |
| | |
| 2008 – 2010 | Member |
| | Compliance Committee |
| | Residency in Emergency Medicine |
| | Department of Emergency Medicine |
| | Denver Health Medical Center |
| | Denver, Colorado |

**Service Publications:**

EXHIBIT 12

QUALITY ASSURANCE PROJECTS

1. **Hatten B.** Emergency Department Thoracotomies: 2008-2009. Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2010.

CLINICAL PROTOCOLS

1. **Hatten B**. Methotrexate Policy. Oregon Poison Center, Oregon Health and Science University. 2012.

MEDIA INTERACTIONS

February 16, 2012  "Arsenic in Baby Formula and Energy Foods". Expert Commentary. KOIN Channel 6 News. Portland, Oregon.

COMMUNITY OUTREACH

October 17, 2012  "Designer Drugs" Expert Panel
Multnomah County Health Department

## VI. TEACHING:

**Scholarship of Teaching:**

Education Positions

| | |
|---|---|
| 2007-2011<br>2013-Present | Instructor<br>SURG 8006<br>MSIV Emergency Medicine Rotation<br>University of Colorado Hospital and<br>Denver Health Medical Center<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2008-2011<br>2013-Present | Instructor<br>IDPT 7031<br>MSIII Emergency Medicine Rotation<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009-2010 | Instructor<br>Denver Health Paramedic School<br>Denver Health Medical Center<br>Denver, Colorado |

EXHIBIT 12

| | |
|---|---|
| 2009-2011 | Instructor<br>SURG 6624<br>Introduction to Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2009-2011 | Instructor<br>SURG 8031<br>Wilderness Medicine<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2010-2011<br>2013-Present | Preceptor<br>IDPT 6000<br>Foundations of Doctoring<br>University of Colorado School of Medicine<br>Aurora, Colorado |
| 2011-Present | Instructor<br>ETOX 709X<br>Medical Toxicology<br>Oregon Health & Science University School of Medicine<br>Portland, Oregon |
| 2013-Present | Instructor<br>EMED 8024<br>Medical Toxicology<br>University of Colorado School of Medicine<br>Denver, Colorado |
| 2013-Present | Practicum Site Director<br>Occupational Medicine Residency<br>University of Colorado School of Medicine<br>Denver, Colorado |

Curriculum Development

1. **Hatten B.** Rosen's Reading Schedule, Denver Health Residency in Emergency Medicine, Denver Health Medical Center. 2008.

2. **Hatten B,** Houghland J, Moreira M.  Elective Tracks, Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

22

EXHIBIT 12

3. **Hatten B,** Cleveland N.  Research Track, Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

4. **Hatten B,** Armstrong L, Block B, Bookman K, Davis C, Jacquet G, Hurtado T. Wilderness Medicine Track. Denver Health Residency in Emergency Medicine, Denver Health Medical Center.  2008.

Educational Publications
## ABSTRACT PRESENTATION CITATIONS:

1. Vogel J, **Hatten B**, Druck J.  Assessing Residency Review Committee Compliance with an Electronic Survey.  Poster Presentation.  *Acad Emerg Med* 2009; 16(4):S44-45.

2. **Hatten B**, Sande M, Druck J. What Does "Service Obligation" or "Clinical Education" Mean?  Poster Presentation.  *Acad Emerg Med* 2011; 18(5):S59.

## PEER REVIEWED PUBLICATIONS:

1. Newgard CD, Beeson MS, Kessler CS, Kuppermann N, Linden JA, Gallahue F, Wolf S, **Hatten B**, Akhtar S, Dooley-Hash SL, Yarris L. Establishing an Emergency Medicine Education Research Network. *Acad Emerg Med.* 2012 Dec;19(12):1468-75.

Educational Conference Presentations

| | |
|---|---|
| 2009 | Assessing Residency Review Committee Compliance with an Electronic Survey Society for Academic Emergency Medicine Annual Meeting New Orleans, Louisiana |
| 2011 | What Does Service Obligation" Or "Clinical Education" Mean?" Council of Residency Directors Academic Assembly San Diego, California |
| | Society for Academic Emergency Medicine Annual Meeting Boston, Massachusetts |

23

EXHIBIT 12

**Service and Membership of Educational Committees:**
2011-2012                              Working Group Member
                                       Developing an Education Research Consortium
                                       Consensus Conference
                                       Society for Academic Emergency Medicine


**Professional Development in Education:**
CURRICULUM:                            Educators Curriculum
                                       Oregon Health and Science University
                                       Portland, Oregon
                                       2011-Present

EXHIBIT 12