IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-CV-02472-CMA-MJW

ERIN VOGEL

Plaintiff,

vs.

STANDARD INSURANCE COMPANY,
an Oregon Corporation

Defendant

---

### STIPULATION TO DISMISS WITH PREJUDICE

---

COMES NOW, Plaintiff, ERIN VOGEL, by and through their attorneys, INDERWISH & BONIFAZI, P.C., and Defendant, Standard Insurance Company, by and through its attorneys Polsinelli, P.C., hereby stipulate that all claims in the above captioned matter be dismissed with prejudice and that each party will bear her or its own costs and attorney fees.

DATED: April 24, 2015

INDERWISH & BONIFAZI, P.C.

/s/John H. Inderwish
John H. Inderwish,
Dan Bonifazi
Inderwish & Bonifazi, P.C.
1873 S. Bellaire Street, Suite 1401
Denver, CO 80222
jhi@i-blaw.com
dbonifazi@i-blaw.com
*Counsel for Plaintiff*

POLSINELLI, P.C.

/s/Thomas H. Wagner
Stacy A. Carpenter, Esq.
Thomas H. Wagner, Esq.
Joseph T. VanLandingham, Esq.
Polsinelli PC
1515 Wynkoop Street, Suite 600
Denver, CO 80202
scarpenter@polsinelli.com
twagner@polsinelli.com
jvanlandingham@polsinelli.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2015 a true and correct copy of the foregoing was electronically filed and notice of the filing was served via *Electronic Mail,* addressed to the following:

Stacy A. Carpenter, Esq.
Thomas H. Wagner, Esq.
Joseph T. VanLandingham, Esq.
Polsinelli PC
1515 Wynkoop Street, Suite 600
Denver, CO 80202

*Original Signature on File*
/s/ [signature]
Paralegal