IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02472-CMA-MJW

ERIN VOGEL,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY, an Oregon corporation,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 48), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

    DATED: April __27__, 2015

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Court Judge